# EXHIBIT 2

To Proposed Amended Reply:

Annotated Portions Of The File History
For The "**764's CIP Application**" (No. 10/383,964)



jc687 U.S. PTO
03/08/03

3-1003        10383964 .0398

10/383964 U.S. PTO 03/08/03

Please type a plus sign (+) inside this box → [ + ]

PTO/SB/05 (03-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **UTILITY PATENT APPLICATION TRANSMITTAL** (Only for new nonprovisional applications under 37 CFR 1.53(b)) | | |
|---|---|---|
| | Attorney Docket No. | FR06US |
| | First Inventor | Freed |
| | Title | Grip Extender for Handgun |
| | Express Mail Label No. | EU 626872735 US |

| APPLICATION ELEMENTS | ADDRESS TO: | Box Patent Application Washington, D.C.  20231 |
|---|---|---|

See MPEP chapter 600 concerning utility application contents.

1. [✓] Fee Transmittal Form (e.g., PTO/SB/17) *(Submit an original, and a duplicate for fee processing)*

2. [✓] Applicant claims small entity status. See 37 CFR 1.27.

3. [✓] Specification    [Total Pages] [ ]
*(preferred arrangement set forth below)*
- Descriptive title of the invention
- Cross Reference to Related Applications
- Statement Regarding Fed sponsored R & D
- Reference to sequence listing, a table, or a computer program listing appendix
- Background of the Invention
- Brief Summary of the Invention
- Brief Description of the Drawings *(if filed)*
- Detailed Description
- Claim(s)
- Abstract of the Disclosure

4. [✓] Drawing(s) (35 U.S.C. 113)    [Total Sheets] [ ]

5. Oath or Declaration    [Total Pages] [ ]
   a. [ ] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR 1.63(d)) *(for continuation/divisional with Box 18 completed)*
      i. [ ] DELETION OF INVENTOR(S)
      Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

6. [ ] Application Data Sheet. See 37 CFR 1.76

7. [ ] CD-ROM or CD-R in duplicate, large table or Computer Program *(Appendix)*

8. Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2  copies); or
      ii. [ ] paper
   c. [ ] Statements verifying identity of above copies

| ACCOMPANYING APPLICATION PARTS |
|---|

9. [ ] Assignment Papers (cover sheet & document(s))
10. [ ] 37 CFR 3.73(b) Statement *(when there is an assignee)*    [ ] Power of Attorney
11. [ ] English Translation Document *(if applicable)*
12. [ ] Information Disclosure Statement (IDS)/PTO-1449    [ ] Copies of IDS Citations
13. [ ] Preliminary Amendment
14. [✓] Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*
15. [ ] Certified Copy of Priority Document(s) *(if foreign priority is claimed)*
16. [ ] Nonpublication Request under 35 U.S.C. 122 (b)(2)(B)(i).  Applicant must attach form PTO/SB/35 or its equivalent.
17. [ ] Other:

18.  If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:
[ ] Continuation    [ ] Divisional    [✓] Continuation-in-part (CIP)    of prior application No.: 09/827,578

*Prior application information:  Examiner* Zerr, John    *Group / Art Unit:* 3644

For CONTINUATION OR DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

| 19.  CORRESPONDENCE ADDRESS | |
|---|---|

[✓] Customer Number or Bar Code Label    *(Insert ... bel here)*    or    [ ] Correspondence address below

021325
PATENT AND TRADEMARK OFFICE

| Name | |
|---|---|
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Fax | |

| Name *(Print/Type)* | James L Davison | Registration No. *(Attorney/Agent)* | 40,334 |
|---|---|---|---|
| Signature | *James L Davison* | Date | 3 / 8 / 2003 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete.  Time will vary depending upon the needs of the individual case.  Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC  20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

**SIG05185**

10383964.030803

-1-

## GRIP EXTENDER FOR HANDGUN

### Cross-Reference to Related Application

This application is a continuation in part of application Ser. Nr. 09/827,578, now abandoned, filed April 5, 2001, which said application claimed the benefit of the priority of the filing date of U.S. provisional patent application No. 60/194,981, filed April 5, 2000, which is incorporated herein by reference in its entirety.

### Field of the Invention

The present invention relates to a device for extending a handgun grip.

### Background of the Invention

Handguns generally include a magazine that is housed in the handgun's grip. For certain handgun models, the use of a full size magazine results in the protrusion of the magazine from the handgun butt. Not only does the magazine's protrusion from the handgun provide for an awkward grip, the portion of the magazine that extends from the handgun is subject to being caught on a holster or other object of clothing on drawing the handgun.

Accordingly, there exists a need for a device for use in conjunction with a handgun and a full size magazine that provides for both a comfortable grip and lessens the likelihood of the magazine being caught when the handgun is drawn. The present invention seeks to fulfill these needs and provides further related advantages.

### Summary of the Invention

The present invention provides a grip extender for a handgun. The grip extender provides a relatively continuous surface between the handgun

SIG05188

10383964.030803

-2-

and locked magazine to afford the handgun user with a comfortable grip.  In
one embodiment, the grip extender has a collar configuration through which
fits the magazine to be locked into the handgun.  The grip extender fits
around the magazine such that when the magazine is locked into the
5    handgun the grip provides a smooth and comfortable fit between the
magazine and the handgun butt.  The grip extender of the invention can be
adapted to fit a variety of handgun models.

<u>Brief Description of the Drawings</u>

The foregoing aspects and many of the attendant advantages of this
10   invention will become more readily appreciated as the same become better
understood by reference to the following detailed description, when taken in
conjunction with the accompanying drawings, wherein:

FIGURE 1 is a semi-exploded side elevation view of an assembly
including a handgun, a magazine, and a representative grip extender of the
15   present invention;

FIGURE 2 is a side elevation view of the assembly shown in FIGURE
1 with the magazine in the locked position;

FIGURE 3 is an isometric view of a representative grip extender
formed in accordance with the present invention;

20   FIGURE 4 is a top plan view of a representative grip extender formed
in accordance with the present invention;

FIGURE 5 is a side elevation view of a representative grip extender
formed in accordance with the present invention;

FIGURE 6 is an isometric view of a representative grip extender
25   formed in accordance with the present invention;

FIGURE 7 is a top plan view of a representative grip extender formed
in accordance with the present invention;

FIGURE 8 is a side elevation view of a representative grip extender
formed in accordance with the present invention; and

30   FIGURE 9 is a semi-exploded side elevation view of an assembly
including a handgun, a magazine, and a representative grip extender of the
present invention.

FIGURE 10 is an isometric view of the preferred embodiment
incorporating features that captures those types of magazines with larger
35   periphery floor plates.

10383964 .030803

-3-

Detailed Description of the Preferred Embodiment

In one aspect, the present invention provides a grip extender for a handgun. The grip extender can be placed over a magazine to be inserted into the handgun and then positioned by locking the magazine in place. The grip extender has a collar configuration, the collar having an aperture sufficient for receiving the handgun's magazine, an upper surface contoured for being received by the handgun's butt lower surface, and a lower surface contoured for receiving the magazine's base. The grip extender of the present invention substantially fills the void about a magazine defined by a magazine fully inserted into a handgun butt. Because the extender can reversibly receive a magazine, magazines can be readily exchanged with a particular extender/handgun combination.

Referring to FIGURES 1, 2, and 9, representative grip extender 10 is adapted to receive and fit about magazine 20 insertable into handgun 30. FIGURES 1 and 9 illustrate the handgun, magazine, and grip extender assembly. FIGURE 2 illustrates the handgun, magazine, and grip extender assembly of FIGURE 1 with the magazine in the locked position.

A representative embodiment of the grip extender of the invention is illustrated in FIGURES 3-5. In this embodiment the grip extender has a closed-collar configuration. Referring to FIGURES 3 and 4, representative grip extender 10 having a closed-collar shaped body includes an upper surface that is contoured such that the extender is receivable by a handgun butt. Representative extender 10 upper surface includes forward upper surface 12, rearward upper surface 13, and lateral upper surfaces 14. The grip extender's upper surface (e.g., surfaces 12-14) is contoured such that, when in operating position, the extender fits the handgun's butt lower facing surface. By varying the extender's upper surface contour, the extender can be adapted to fit any one of a variety of different model handguns. The grip extender's lower surface is generally smooth and rests against the magazine base (identified as reference numeral 22 in FIGURE 1) when the extender is in operating position. As with the extender's upper surface, the lower surface can have a variety of contours such that it is adapted to receive the selected magazine base.

Referring to FIGURES 3 and 4, representative grip extender 10 includes aperture 15 for receiving the handgun's magazine. Aperture 15 is

10383964.030803

-4-

defined by forward interior surface 16, rearward interior surface 17, and
lateral interior surfaces 18.  Aperture 15 has a size and shape sufficient to
receive the magazine and to retain the grip extender at the magazine's base.
By varying the extender's aperture, the extender can be adapted to fit any
5    one of a variety of different model magazines.

Referring to FIGURES 3-5, representative grip extender 10 includes
forward facing surface 19 contoured to provide a natural finger groove such
that, when the grip extender is in its operational position, the extender affords
a comfortable grip for the handgun user.  The contour can be readily seen in
10   FIGURES 1-9.

As illustrated in FIGURES 1-9, the grip extender of the invention can
have a height and thickness sufficient to fill the gap defined by a magazine
fully inserted into a handgun butt.  As used herein, the term "height" refers to
the dimension generally from the magazine base toward the handgun handle
15   (i.e., from the extender's lower surface to its upper surface).   The grip
extender can have a variety of thicknesses.  As used herein, the term
"thickness" refers to the dimension generally from the magazine outward to
the handgun outer surface (i.e., from the extender's interior surface to its
outer surface).  In one embodiment, the extender has a thickness sufficient to
20   provide a substantially continuous surface from the handgun butt to the
magazine base.

Another representative embodiment of the grip extender of the
invention is illustrated in FIGURES 6-8.  In this embodiment the grip extender
has a substantially U-shaped configuration.  Referring to FIGURES 6 and 7,
25   representative grip extender 11 having a substantially U-shaped body
includes an upper surface that is contoured such that the extender is
receivable by a handgun butt.  Representative extender 11 upper surface
includes forward upper surface 12, rearward upper surface 13, and lateral
upper surfaces 14.  The grip extender's upper surface (e.g., surfaces 12-14)
30   is contoured such that, when in operating position, the extender fits the
handgun's butt lower facing surface.  The extender can be adapted to fit any
one of a variety of different model handguns.  The grip extender's lower
surface is generally smooth and rests against the magazine base (identified
as reference numeral 22 in FIGURE 1) when the extender is in operating
35   position.  As with the extender's upper surface, the lower surface can have a

10383964.030803

-5-

variety of contours such that it is adapted to receive the selected magazine base.

Referring to FIGURES 6 and 7, representative grip extender 11 includes aperture 15 for receiving the handgun's magazine. Aperture 15 is
5    defined by forward interior surface 16, rearward interior surfaces 17, and lateral interior surfaces 18. Aperture 15 has a size and shape sufficient to receive the magazine and to retain the grip extender at the magazine's base. By varying the extender's aperture, the extender can be adapted to fit any one of a variety of different model magazines.
10    Referring to FIGURES 6-8, representative grip extender 11 includes forward facing surface 19 contoured to provide a natural finger groove such that, when the grip extender is in its operational position, the extender affords a comfortable grip for the handgun user. The contour can be readily seen in FIGURES 1-9.
15    As noted above, the grip extender of the present invention can be formed to suit any one of a variety of handgun and magazine models. The grip extender's collar configuration can be varied such that a particular magazine can fit through and retain the extender. The grip extender's upper surface can also be varied to receive a particular handgun butt. Likewise, the
20    grip extender's lower surface can be varied to receive a particular magazine. The representative grip extenders illustrated in FIGURES 1-9 are formed to receive a Sig Sauer Model 228 utilizing a full size magazine from Sig Sauer Model 226. It will be appreciated that the grip extender of the invention can be formed to be adapted to a variety of handguns and magazines.
25    To fit a handgun with the grip extender of the present invention, the handgun's magazine is inserted through the grip extender with the extender's upper surface facing toward the top of the magazine and then slide down the magazine until seated at the bottom of the magazine; the magazine with surrounding grip extender is then inserted into the handgun butt (see
30    FIGURES 1 and 9); and the magazine locked into position (see FIGURE 2). FIGURE 10 shows the preferred embodiment of the invention using the Sig Sauer Model 226 magazine. The Sig Sauer Model 226 magazine, and many other magazines for a variety of handguns, has a floor plate 24 (FIGURE 9) that has a periphery larger than the periphery of the magazine body. The
35    preferred embodiment uses this floor plate periphery to allow the grip

SIG05192

10383964.030803

-6-

extender to capture the magazine securely. FIGURE 10 shows a tang 26, with a stepped surface 26A parallel to the floor plate of the magazine. This tang is slightly deformed away from the magazine as the grip extender is slid down the length of the magazine. As the tang travels past the floor plate it

5   elastically returns to its original conformation thereby placing the step of the tang 26A under the bottom of the floor plate, with the bottom shoulder of the ribs 23 supporting the top of the floor plate, securing the grip extender to the magazine. The ribbing of these supports allows them to slightly deform as the grip extender is mounted onto the magazine, again helping to secure the

10   fit.

It will be appreciated that this design can include the grip extender having material 32 that extends below the lower surface of floor plate thereby protecting the extended handgun magazine by absorbing shocks that may occur by releasing the magazine from the pistol and letting the magazine

15   drop onto a hard surface.

Ammunition cartridges used in handguns come in a variety of gunpowder loads usually measured in grains of powder and slug types and slug coatings such as hollow points, full metal jackets, and Teflon coatings, among others. Being able to differentiate which cartridges are loaded in

20   which magazines would make it easier to select the correct cartridge for a particular circumstance. It is another object of the present invention to use the grip extender shape or color to allow that distinguishing to occur. The grip extender may have embossed or debossed features such as bumps or dots to allow tactile differentiation. Colors, either molded in or added later to

25   the grip extender, may be used to visually select the magazine with the appropriate cartridge for the situation. Or a combination of colors and physical features may be used.

The grip extender of the present invention can be formed as a molded plastic piece from a variety of materials. Suitable materials include

30   elastomeric materials, such as plastics, for example, nylon, glass filled nylon and ABS, among others. For use in extremely cold climates a high impact glass filled nylon may be selected.

While the preferred embodiment of the invention has been illustrated and described, it will be appreciated that various changes can be made

35   therein without departing from the spirit and scope of the invention.

10383964.030803

-7-

Claims

5    We claim:

1) A grip extender for use with an extended handgun magazine, said
magazine having an open top for loading ammunition and a closed bottom
floorplate for containing said ammunition, comprising:

10   a) a one-piece collar slideably mounted from the open top and
proceeding downward, subsequently seated at the closed bottom floor
plate of said extended handgun magazine thereby substantially filling
any gap resulting from a partial length of the extended handgun
magazine protruding from a handgun grip when said extended
15   handgun magazine is engaged into the handgun grip; and

b) said collar having a size and shape sufficient to elastically receive and
grip the magazine and magazine floor plate thereby securely retaining
the collar in a correct  position on the magazine.

20   2) The grip extender collar of claim 1 wherein said collar is further comprised
of a color, said color corresponding to a type of cartridge to be carried by
said extended magazine.

3) The grip extender collar of claim 1 wherein said collar further incorporates
an embossed or debossed feature, said feature corresponding to a type of
25   cartridge to be carried by said extended magazine.

4) The grip extender collar of claim 1 further comprising a lower surface
depending below the magazine floor plate thereby protecting said
magazine from impacts with surfaces when the magazine is released from
a handgun during reloading.

30   5) A grip extender with symmetrical interior side walls, an exterior front wall
configured to a user's grip, and a rear wall, for use with an extended
handgun magazine, with said magazine having an open top for loading

10383964.030803

-8-

ammunition and a closed bottom for containing said ammunition, said closed bottom ending in a floor plate, of determinable thickness, with a lower surface and an upper surface, with said floor plate also having a peripheral surface larger than a peripheral surface of a corresponding body of the magazine, said grip extender comprising:

5

   a) a one-piece collar slideably mounted from the open top of said extended magazine and subsequently seated at the closed bottom of said extended magazine thereby substantially filling any gap resulting from a length of the extended magazine protruding from a handgun grip when said extended magazine is engaged into said handgun grip;

10

   said collar having a size and shape sufficient to elastically receive and grip the magazine and magazine plate thereby securely retaining the collar and having at least one pair of opposed tangs oriented inward from the interior side walls of the collar; and

15

   b) further comprising at least one pair of opposed ribs, said ribs oriented inward from the interior side walls of the collar, with a bottom shoulder of said ribs distanced above the tangs, said distance approximately equal the determinable thickness of the magazine floor plate;

   c) whereby, when the grip extender is slid into its final position on the magazine, a step of the said tangs engage the lower surface of the floor plate and capture the corresponding upper surface of floor plate against said the bottom shoulders of the opposed ribs.

20

6) The grip extender collar of claim 5 wherein said collar is further comprised of a color, said color corresponding to a type of cartridge to be carried by said extended magazine.

25

7) The grip extender collar of claim 5 wherein said collar further incorporates an embossed or debossed feature, said feature corresponding to a type of cartridge to be carried by said extended magazine.

8) The grip extender collar of claim 5 further comprising a lower surface depending below the magazine floor plate thereby protecting said

30

SIG05195

10383964.030803

-9-

magazine from impacts with surfaces when the magazine is released from
a handgun during reloading.

5

SIG05196

10383964.030803

-10-

# GRIP EXTENDER FOR HANDGUN

## Abstract of the Disclosure

The present invention provides a grip extender for a handgun. The
grip extender provides a relatively continuous surface between the handgun
and locked magazine to afford the handgun user with a comfortable grip.
The grip extender can be adapted to fit a variety of handguns and
magazines.

10383964.030803



FIG.1

30

20

10

22

1038396⁴.030803



FIG.2

30

10

20

10383964.030803



FIG.3

FIG.4

FIG.5

SIG05200



FIG.8

FIG.7

FIG.6

1038396H.030803

10383964.030803



FIG.9

30

20

11

22

24

SIG05202

10383964.030803



FIGURE 10

SIG05203

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:                    ) Group Art Unit:  3644
Robert Freed                             )
                                         )
Serial No.: Not assigned ; CIP for       )
09/827,578                               ) Examiner:  John Zerr
                                         )
Filed:  March 8, 2003                    )
                                         )
For:  Grip Extender for Handgun

### INFORMATION DISCLOSURE STATEMENT FOR CIP APPLICATION

Honorable Commissioner of
  Patents and Trademarks
Washington, D.C. 20231

Sir:

    Attached hereto are forms listing documents believed relevant to the
subject application.  Examiner has previously reviewed these cited references.
There are no new references Applicant is aware of at this time.

    It is believed that this disclosure complies with the requirements of 37
C.F.R. §§ 1.56, 1.97, and 1.98, and the Manual of Patenting Examining
Procedures § 609.  If for some reason the examiner considers otherwise, it is
respectfully requested that the undersigned be called so that any deficiencies
can be remedied.
Pursuant to Rule 1.98 (d), the references listed on attached Forms are not
enclosed since these were supplied or Examiner previously sourced copies in
the parent case, Ser. No.  09/827,578

Respectfully submitted,

James L. Dann

**SIG05207**

James L. Davison

Reg. Number 40,334

NW Patent Group
19822 226th Ave NE
Woodinville, WA 98072

Ph.  425.844.6422
Fax 425.732.0250

jimld@nwpatentgroup.com

| Notice of References Cited | Application/Control No. 09/827,578 | Applicant(s)/Patent Under Reexamination FREED, ROBERT | |
|---|---|---|---|
| | Examiner John W. Zerr | Art Unit 3644 | Pag 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-4,862,619 | 09-1989 | Baldus et al. | 42/7 |
| | B | US-5,584,136 | 12-1996 | Boland et al. | 42/50 |
| | C | US-5,533,291 | 07-1996 | Boland, James W. | 42/7 |
| | D | US-5,526,600 | 06-1996 | Chesnut et al. | 42/50 |
| | E | US-6,253,479 B1 | 07-2001 | Fuchs et al. | 42/70.02 |
| | F | US-5,906,065 | 05-1999 | Pearce, R. Lane | 42/50 |
| | G | US-5,438,783 | 08-1995 | Sniezak et al. | 42/50 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                         Notice of References Cited                         Part of Paper No. 4

## INFORMATION CITED BY APPLICANT(S) THAT MAY BE MATERIAL TO THE PROSECUTION OF THE SUBJECT APPLICATION

Applicant:     R. Freed          Attorney Docket No. FRRO116971

Application No.: 09/827,578         Group Art Unit: 3641

Filed:        April 5, 2001         Examiner: --

Title:        GRIP EXTENDER FOR HANDGUN

### U.S. PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Document No. | Kind Code | Date (mm/dd/yyyy) | Name |
|---|---|---|---|---|---|
| _____ | U1 | 5,621,997 | | 04/22/1997 | Pearce |

### FOREIGN PATENT DOCUMENTS

| *Examiner Initial | Cite No. | Document No. | Kind Code | Publication Date (mm/dd/yyyy) | Country | English Abstract Provided | Translation Provided |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |

### OTHER INFORMATION
### (Including Author, Title, Date, Pertinent Pages, Etc.)

| *Examiner Initial | Cite No. |
|---|---|
| NONE | |

Examiner                 Date Considered

_____     _____

    *Examiner:  Initial if reference considered, whether or not citation is in conformance with M.P.E.P. § 609; draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

GER:md

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue
Suite 2800
Seattle, Washington  98101
206.682.8100

FRRO\16971164.DOC

SIG05210

## INFORMATION CITED BY APPLICANT(S) THAT MAY BE MATERIAL TO THE PROSECUTION OF THE SUBJECT APPLICATION

| | | | |
|---|---|---|---|
| Applicant: | R. Freed | Attorney Docket No. FRRO116971 | |
| Application No.: | 09/827,578 | Group Art Unit: 3641 | |
| Filed: | April 5, 2001 | Examiner: -- | |
| Title: | GRIP EXTENDER FOR HANDGUN | | |

### U.S. PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Document No. | Kind Code | Date (mm/dd/yyyy) | Name |
|---|---|---|---|---|---|
| | | | | | |

NONE

### FOREIGN PATENT DOCUMENTS

| *Examiner Initial | Cite No. | Document No. | Kind Code | Publication Date (mm/dd/yyyy) | Country | English Abstract Provided | Translation Provided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NONE

### OTHER INFORMATION
#### (Including Author, Title, Date, Pertinent Pages, Etc.)

| *Examiner Initial | Cite No. | |
|---|---|---|
| _____ | O1 | A&G Supply Co., Inc., "Get a Grip on It," advertisement published in *Guns & Weapons for Law Enforcement*, undated, p.69 |
| _____ | O2 | Kel-Tec CNC Industries, Inc., <http://www.kel-tec.com/P11 Accessories> [retrieved February 4, 2002]. |

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS™
1420 Fifth Avenue
Suite 2800
Seattle, Washington 98101
206.682.8100

FRRO\16971\1641.DOC

-1-

**SIG05211**

| | O3 | Kel-Tec CNC Industries, Inc., Suggested Dealer Price List and Pistol Accessories, December 1, 2000. |
| --- | --- | --- |
| | O4 | Pearce Grip, Inc. Product Description, List of Grips and Grip Extensions, Bothell, Washington, (undated). |

Examiner                                    Date Considered

_____        _____

    *Examiner: Initial if reference considered, whether or not citation is in conformance with M.P.E.P. § 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
GER:md

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue
Suite 2800
Seattle, Washington 98101
206.682.8100

FRRO\169711641.DOC                                    -2-

SIG05212



Docket Number : FR06US

## DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

As below named inventor/s I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe that I am the original, first and sole inventor of the subject matter that is claimed and for which patent is sought on the invention entitled:
"Grip Extender for Handgun"
the specification of which was previously submitted as application number 10,383,964 with a file date of 03/08/2003. This application is a CIP of 09/827,578 filed 04/05/2001 which claims benefit of 60/194,981 filed 04/05/2000.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56(a).

I hereby appoint the following attorney to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith: James L. Davison Reg. No. 40,334 at telephone number (425) 844-6422.

Address all correspondence to:

James L. Davison
NW Patent Group
19822 226th Ave NE
Woodinville, WA 98077

I hereby further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full Name of Inventor | Citizenship |
|---|---|
| Robert Freed | U.S. |

| Residence |
|---|
| Kenmore, Washington, U.S. |

| Post Office Address |
|---|
| 15016 59th Place NE, Kenmore, WA 98028 |

| Signature | Date |
|---|---|
|  | 9/4/03 |

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/383,964 | 03/08/2003 | Robert Freed | FR06US | 6890 |

21325      7590      03/24/2004

JAMES L DAVISON
19822 226TH AVENUE N.E.
WOODINVILLE, WA  98072

| EXAMINER |
|---|
| ZERR, JOHN W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3644 | |

DATE MAILED: 03/24/2004

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C  (Rev. 10/03)

SIG05216

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 10/383,964 | FREED, ROBERT |
| | Examiner | Art Unit |
| | John W. Zerr | 3644 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>08 March 2003</u>.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-8</u> is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) <u>5-8</u> is/are allowed.

6)☒ Claim(s) <u>1-4</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>08 March 2003</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All    b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
   Paper No(s)/Mail Date <u>3/8/03</u>.

4)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: _____ .

Application/Control Number: 10/383,964                                    Page 2
Art Unit: 3644

## DETAILED ACTION

### Claim Rejections - 35 USC § 102

1.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

   A person shall be entitled to a patent unless –

   (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on
   sale in this country, more than one year prior to the date of application for patent in the United States.

2.    Claim 1 is rejected under 35 U.S.C. 102(b) as being clearly anticipated by Kaltenegger

(USPT 4,343,107).  See Figures 1& 2.

3.    Claims 1 and 4 are rejected under 35 U.S.C. 102(b) as being clearly anticipated by

Chesnut (USPT 5,526,600, cited by Applicant).  See Figures 6A-8C.

4.    Claim 1 is rejected under 35 U.S.C. 102(b) as being clearly anticipated by Boland (USPT

5,584,136, cited by Applicant).  See Figures 1-17.

### Claim Rejections - 35 USC § 103

5.    Claims 2 and 3 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Kaltenegger.  Kaltenegger teaches the extender collar as claimed except Kaltenegger does not

teach that the collar is comprised of a color corresponding to a type of cartridge to be carried by

the magazine nor does Kaltenegger teach that the collar incorporates an embossed or debossed

feature corresponding to a type of cartridge to be carried by the magazine.  It would have been

obvious to one of ordinary skill in the art at the time the invention was made to apply a color or

an embossed or debossed feature corresponding to a type of cartridge to be carried by the

magazine since it has been held that matters relating to ornamentation only which have no

Application/Control Number: 10/383,964                                    Page 3
Art Unit: 3644

mechanical function does not constitute patentable subject matter. *In re Seid*, 161 F.2d 229, 73

USPQ 431 (CCPA 1947).

### *Allowable Subject Matter*

6.      Claims 5-8 are allowed.

        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to John W. Zerr whose telephone number is (703) 306-0153. The

examiner can normally be reached on M-Th. 8:00am-5:30pm, F 8:00am-4:30pm, alt. F off.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Charles T. Jordan can be reached on (703) 306-4159. The fax phone number for the

organization where this application or proceeding is assigned is 703-872-9306.

        Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

JWZ
3/22/04

*Charles T. Jordan*
**CHARLES T. JORDAN**
**SUPERVISORY PATENT EXAMINER**
**TECHNOLOGY CENTER 3600**

| | | | | | |
|---|---|---|---|---|---|
| ***Notice of References Cited*** | | **Application/Control No.**<br>10/383,964 | | **Applicant(s)/Patent Under Reexamination**<br>FREED, ROBERT | |
| | | **Examiner**<br>John W. Zerr | | **Art Unit**<br>3644 | **Page 1 of 1** |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-4,343,107 | 08-1982 | Kaltenegger, Benno | 42/7 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 20040322

**SIG05220**

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| ***Notice of References Cited*** | | 09/827,578 | FREED, ROBERT |
| | | Examiner | Art Unit | |
| | | John W. Zerr | 3644 | Pag 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| JWZ | A | US-4,862,619 | 09-1989 | Baldus et al. | 42/7 |
| JWZ | B | US-5,584,136 | 12-1996 | Boland et al. | 42/50 |
| JWZ | C | US-5,533,291 | 07-1996 | Boland, James W. | 42/7 |
| JWZ | D | US-5,526,600 | 06-1996 | Chesnut et al. | 42/50 |
| JWZ | E | US-6,253,479 B1 | 07-2001 | Fuchs et al. | 42/70.02 |
| JWZ | F | US-5,906,065 | 05-1999 | Pearce, R. Lane | 42/50 |
| JWZ | G | US-5,438,783 | 08-1995 | Sniezak et al. | 42/50 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 4

John W. Zerr                    3/22/04

INFORMATION CITED BY APPLICANT(S) THAT MAY BE MATERIAL TO THE
PROSECUTION OF THE SUBJECT APPLICATION

Applicant:        R. Freed                    Attorney Docket No. FRRO116971

Application No.: 09/827,578                   Group Art Unit:  3641

Filed:            April 5, 2001               Examiner: --

Title:            GRIP EXTENDER FOR HANDGUN

## U.S. PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Document No. | Kind Code | Date (mm/dd/yyyy) | Name |
|---|---|---|---|---|---|
| | | NONE | | | |

## FOREIGN PATENT DOCUMENTS

| *Examiner Initial | Cite No. | Document No. | Kind Code | Publication Date (mm/dd/yyyy) | Country | English Abstract Provided | Translation Provided |
|---|---|---|---|---|---|---|---|
| | | NONE | | | | | |

## OTHER INFORMATION
### (Including Author, Title, Date, Pertinent Pages, Etc.)

| *Examiner Initial | Cite No. | |
|---|---|---|
| JWZ | O1 | A&G Supply Co., Inc., "Get a Grip on It," advertisement published in *Guns & Weapons for Law Enforcement*, undated, p.69 |
| JWZ | O2 | Kel-Tec CNC Industries, Inc., <http://www.kel-tec.com/P11 Accessories> [retrieved February 4, 2002]. |

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue
Suite 2800
Seattle, Washington  98101
206.682.8100

FRRO116971I641.DOC

-1-

**SIG05222**

JWZ    O3   Kel-Tec CNC Industries, Inc., Suggested Dealer Price List and Pistol
             Accessories, December 1, 2000.

JWZ    O4   Pearce Grip, Inc. Product Description, List of Grips and Grip Extensions,
             Bothell, Washington, (undated).

Examiner                          Date Considered

_John W. Zen_                     _3/22/04_

    *Examiner:  Initial if reference considered, whether or not citation is in conformance with
M.P.E.P. § 609; draw line through citation if not in conformance and not considered.  Include
copy of this form with next communication to applicant.
GER:md

LAW OFFICES OF
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue
Suite 2800
Seattle, Washington  98101
206.682.8100

FRRO\169711641.DOC

-2-

**SIG05223**

| Search Notes | | Application No. | Applicant(s) |
|---|---|---|---|
| | | 10/383,964 | FREED, ROBERT |
| | | Examiner | Art Unit |
| | | John W. Zerr | 3644 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 42 | 7 | 3/22/2004 | JWZ |
| | 71.02 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Consultation w/ searches performed in Parent Application 09/827,578 | 3/22/2004 | JWZ |
| Note Search History for Text Searches | 3/22/2004 | JWZ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

U.S. Patent and Trademark Office

Part of Paper No. 20040322

SIG05224

Appl. No. 10/383,964

3644 FW

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Freed, Robert )   Date:  10 May 2004
)
Serial No.: 10/383,964 )   Group Art Unit:  3644
)
Filed: 03/08/2003 )    Examiner:  Zerr
)
For: Grip Extender for Handgun )
)

### AMENDMENT

Honorable Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

     In response to the communication from the Examiner dated March 3, 2004.

  Please amend the application identified above as follows:

**Amendments to the Claims** are reflected in the listing of claims that begins on page 2 of this paper.

**Remarks/Arguments** begin on page 4 of this paper.

SIG05225

Appl. No. 10/383,964

**Listing of Claims:**

Claims 1-4 Canceled

5)   (Original): A grip extender with symmetrical interior side walls, an exterior front wall configured to a user's grip, and a rear wall, for use with an extended handgun magazine, with said magazine having an open top for loading ammunition and a closed bottom for containing said ammunition, said closed bottom ending in a floor plate, of determinable thickness, with a lower surface and an upper surface, with said floor plate also having a peripheral surface larger than a peripheral surface of a corresponding body of the magazine, said grip extender comprising:

a)   a one-piece collar slideably mounted from the open top of said extended magazine and subsequently seated at the closed bottom of said extended magazine thereby substantially filling any gap resulting from a length of the extended magazine protruding from a handgun grip when said extended magazine is engaged into said handgun grip; said collar having a size and shape sufficient to elastically receive and grip the magazine and magazine plate thereby securely retaining the collar and having at least one pair of opposed tangs oriented inward from the interior side walls of the collar; and

b)   further comprising at least one pair of opposed ribs, said ribs oriented inward from the interior side walls of the collar, with a bottom shoulder of said ribs distanced above the tangs, said distance approximately equal the determinable thickness of the magazine floor plate;

c)   whereby, when the grip extender is slid into its final position on the magazine, a step of the said tangs engage the lower surface of the floor plate and capture the corresponding upper surface of floor plate against said the bottom shoulders of the opposed ribs.

SIG05226

Appl. No. 10/383,964

6)  (Original): The grip extender collar of claim 5 wherein said collar is further comprised of a color, said color corresponding to a type of cartridge to be carried by said extended magazine.

7)  (Original): The grip extender collar of claim 5 wherein said collar further incorporates an embossed or debossed feature, said feature corresponding to a type of cartridge to be carried by said extended magazine.

8)  (Original): The grip extender collar of claim 5 further comprising a lower surface depending below the magazine floor plate thereby protecting said magazine from impacts with surfaces when the magazine is released from a handgun during reloading.

SIG05227

Appl. No. 10/383,964

REMARKS/ARGUMENTS

Non-allowed claims 1-4 are canceled.  Allowed claims 5-8 are retained.

For the reasons advanced above Applicant respectfully submits that this application is now in condition for allowance, which such action is earnestly solicited.

Respectfully submitted,

James L. Davison

Reg. Number 40,334

NW Patent Group
19822 226th Ave NE
Woodinville, WA 98077
Ph.  425.844.6422
Fax  425.732.0250

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington D.C. 20231, on 5·10·04
(Date of Deposit)

Jim Davison

Date of Signature: 5·10·04

Page 4 of 4

**SIG05228**

*IFW*
*3644*

| TRANSMITTAL OF FORMAL DRAWINGS | Docket No.<br>**FR06US** |
|---|---|

In Re Application Of:   **Freed, Robert**

| Serial No. | Filing Date | Confirmation No. | Examiner | Art Unit |
|---|---|---|---|---|
| 10/383,964 | 03/08/2003 | | **Zerr** | 3644 |

Invention:   **Grip Extender for Handgun**

Address to:
**Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450**

Transmitted herewith are:    one relacement

sheets of formal drawing(s) for this application.

☒   Each sheet of drawing indicates the identifying indicia suggested in 37 CFR Section 1.84(c).

_Signature_

Dated:    **May 10, 2004**

I certify that this document and attached formal drawings
are being deposited on    10 May 2004    with the U.S.
Postal Service as first class mail under 37 C.F.R. 1.8 and
addressed to the Commissioner for Patents, P.O. Box 1450,
Alexandria, VA 22313-1450.

_Signature of Person Mailing Correspondence_

**James L Davison**
_Typed or Printed Name of Person Mailing Correspondence_

**SIG05229**



THIS PAGE BLANK (USPTO)

Appl. No. 10/383,964

Art Unit 3644



FIG.10

BEST AVAILABLE COPY

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark  Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov.

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/383,964 | 03/08/2003 | Robert Freed | FR06US | 6890 |

21325      7590      07/27/2004

JAMES L DAVISON
19822 226TH AVENUE N.E.
WOODINVILLE, WA  98072

| EXAMINER |
|---|
| SEMUNEGUS, LULIT |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3641 | |

DATE MAILED: 07/27/2004

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C  (Rev. 10/03)

**SIG05233**

| ***Office Action Summary*** | Application No. | Applicant(s) |
|---|---|---|
| | 10/383,964 | FREED, ROBERT |
| | **Examiner** | **Art Unit** | |
| | Lulit Semunegus | 3641 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>14 May 2004</u>.
2a)☐ This action is FINAL.         2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) <u>5-8</u> is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☐ Claim(s) <u>5-8</u> is/are rejected.
7)☐ Claim(s) _____ is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All   b)☐ Some * c)☐ None of:
        1.☐ Certified copies of the priority documents have been received.
        2.☐ Certified copies of the priority documents have been received in Application No. _____.
        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
            application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1)☐ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
    Paper No(s)/Mail Date _____.
4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail. Date. _____.
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: _____.

Application/Control Number: 10/383,964                                          Page 2
Art Unit: 3641

## DETAILED ACTION

### *Response to Amendment*

1.     Applicant's response/amendment dated May 14, 2004 is acknowledged.
Applicant has canceled claims 1–4 and claims 5-8 are pending. Previously
allowed claims 5-8 are withdrawn from allowance for reasons as described below
and rejection made on claims 1-4 on previous Office Action is applied to claims
5-8.

2.     Claim 5 provides for use of grip extender but does not actively claim a handgun
or an extended magazine therefore it is unclear what applicant is intending to
encompass. A claim is indefinite where it merely recites a use without any active,
positive steps delimiting how this use is actually practiced. Examiner suggests
that claim 5 can be amended to recite a combination claim, for instance, "A grip
extender in combination with a handgun comprising: A handgun...and an
extended magazine...".

### *Claim Rejections - 35 USC § 112*

3.        The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

4.        Claim 5 is rejected under 35 U.S.C. 112, second paragraph, as being
indefinite for failing to particularly point out and distinctly claim the subject matter which
applicant regards as the invention.

Claim 5 recites the limitations:

        "magazine plate", in line 7 of section a;

Application/Control Number: 10/383,964                                    Page 3
Art Unit: 3641

"extended magazine", in lines 1, 2, 3, 4, 5 of section a;

"handgun grip", in lines 4, 5 of section a;

"magazine", in line 6 of section a and in line 2 of section c;

"magazine floor plate", in line 4 of section b;

"floor plate", in line 3 of section c.

There is insufficient antecedent basis for this limitation in the claim.

Furthermore, Claim 5 recites "whereby" in section c. The statement of intended use or field of use, "whereby", clause is essentially method limitations or statement of intended or desired use. Thus, these claims as well as other statements of intended use do not serve to patentably distinguish the claimed structures over that of the reference. See In re Pearson, 181 USPQ 641; In re Yanush, 177 USPQ 705; In re Finsterwalder, 168 USPQ 530; In re Casey, 512 USPQ 235; In re Otto, 136 USPQ 458; Ex Parte Masham, 2 USPQ 2 2nd 1647.

### *Claim Rejections - 35 USC § 102*

5.        The following is a quotation of the appropriate paragraphs of 35

U.S.C. 102 that form the basis for the rejections under this section made in this

Office action:

> A person shall be entitled to a patent unless – (b) the invention was patented or described in a printed
>
> publication in this or a foreign country or in public use or on sale in this country, more than one year prior to
>
> the date of application for patent in the United States.

6.        Claim 5 is rejected under 35 U.S.C. 102(b) as being clearly anticipated by

Kaltenegger (4,343,107). See Figures 1& 2.

Application/Control Number: 10/383,964                                      Page 4
Art Unit: 3641

7.         Claims 5 and 8 are rejected under 35 U.S.C. 102(b) as being clearly

anticipated by Chesnut (5,526,600). See Figures 6A-8C.

8.         Claim 5 is rejected under 35 U.S.C. 102(b) as being clearly anticipated by

Boland (5,584,136). See Figures 1-17.

### Claim Rejections - 35 USC § 103

9.         Claims 6 and 7 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Kaltenegger. Kaltenegger teaches the extender collar as claimed except

Kaltenegger does not teach that the collar is comprised of a color corresponding to

a type of cartridge to be carried by the magazine nor does Kaltenegger teach that

the collar incorporates an embossed or debossed feature corresponding to a type of

cartridge to be carried by the magazine. It would have been obvious to one of

ordinary skill in the art at the time the invention was made to apply a color or an

embossed or debossed feature corresponding to a type of cartridge to be carried by

the magazine since it has been held that matters relating to ornamentation only

which have no mechanical function does not constitute patentable subject matter. In

re Seid, 161 F.2d 229, 73 USPQ 431 (CCPA 1947).

### Conclusion

10.        Any inquiry concerning this communication or earlier communications from

the examiner should be directed to Lulit Semunegus whose telephone number is

(703) 306-5960.  The examiner can normally be reached on Mon-Friday.

      If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Michael Carone can be reached on (703) 306-4198.  The fax phone

Application/Control Number: 10/383,964                                      Page 5
Art Unit: 3641

number for the organization where this application or proceeding is assigned is

703-872-9306.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR

only.  For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-

free).

                                                Lulit  Semunegus
                                                Examiner
                                                Art Unit 3641

                                                        3641
                                                JACK KEITH
                                                PRIMARY EXAMINER

SIG05238

## Index of Claims

| Application No. | Applicant(s) |
|---|---|
| 10/383,964 | FREED, ROBERT |

| Examiner | Art Unit | |
|---|---|---|
| Lulit Semunegus | 3641 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| √ | Rejected | – | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Final | Original | 1/22/04 | | | | | | | | Final | Original | Date | | | | | | | | Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | – | | | | | | | | | 51 | | | | | | | | | | 101 | | | | | | | | |
| | 2 | – | | | | | | | | | 52 | | | | | | | | | | 102 | | | | | | | | |
| | 3 | – | | | | | | | | | 53 | | | | | | | | | | 103 | | | | | | | | |
| | 4 | – | | | | | | | | | 54 | | | | | | | | | | 104 | | | | | | | | |
| | 5 | √ | | | | | | | | | 55 | | | | | | | | | | 105 | | | | | | | | |
| | 6 | √ | | | | | | | | | 56 | | | | | | | | | | 106 | | | | | | | | |
| | 7 | √ | | | | | | | | | 57 | | | | | | | | | | 107 | | | | | | | | |
| | 8 | √ | | | | | | | | | 58 | | | | | | | | | | 108 | | | | | | | | |
| | 9 | | | | | | | | | | 59 | | | | | | | | | | 109 | | | | | | | | |
| | 10 | | | | | | | | | | 60 | | | | | | | | | | 110 | | | | | | | | |
| | 11 | | | | | | | | | | 61 | | | | | | | | | | 111 | | | | • | | | | | |
| | 12 | | | | | | | | | | 62 | | | | | | | | | | 112 | | | | • | | | | | |
| | 13 | | | | | | | | | | 63 | | | | | | | | | | 113 | | | | | | | | |
| | 14 | | | | | | | | | | 64 | | | | | | | | | | 114 | | | | | | | | |
| | 15 | | | | | | | | | | 65 | | | | | | | | | | 115 | | | | | | | | |
| | 16 | | | | | | | | | | 66 | | | | | | | | | | 116 | | | | | | | | |
| | 17 | | | | | | | | | | 67 | | | | | | | | | | 117 | | | | | | | | |
| | 18 | | | | | | | | | | 68 | | | | | | | | | | 118 | | | | | | | | |
| | 19 | | | | | | | | | | 69 | | | | | | | | | | 119 | | | | | | | | |
| | 20 | | | | | | | | | | 70 | | | | | | | | | | 120 | | | | | | | | |
| | 21 | | | | | | | | | | 71 | | | | | | | | | | 121 | | | | | | | | |
| | 22 | | | | | | | | | | 72 | | | | | | | | | | 122 | | | | | | | | |
| | 23 | | | | | | | | | | 73 | | | | | | | | | | 123 | | | | • | | | | | |
| | 24 | | | | | | | | | | 74 | | | | | | | | | | 124 | | | | | | | | |
| | 25 | | | | | | | | | | 75 | | | | | | | | | | 125 | | | | | | | | |
| | 26 | | | | | | | | | | 76 | | | | | | | | | | 126 | | | | | | | | |
| | 27 | | | | | | | | | | 77 | | | | | | | | | | 127 | | | | | | | | |
| | 28 | | | | | | | | | | 78 | | | | | | | | | | 128 | | | | | | | | |
| | 29 | | | | | | | | | | 79 | | | | | | | | | | 129 | | | | | | | | |
| | 30 | | | | | | | | | | 80 | | | | | | | | | | 130 | | | | | | | | |
| | 31 | | | | | | | | | | 81 | | | | | | | | | | 131 | | | | | | | | |
| | 32 | | | | | | | | | | 82 | | | | | | | | | | 132 | | | | | | | | |
| | 33 | | | | | | | | | | 83 | | | | | | | | | | 133 | | | | | | | | |
| | 34 | | | | | | | | | | 84 | | | | | | | | | | 134 | | | | • | | | | | |
| | 35 | | | | | | | | | | 85 | | | | | | | | | | 135 | | | | | | | | |
| | 36 | | | | | | | | | | 86 | | | | | | | | | | 136 | | | | | | | | |
| | 37 | | | | | | | | | | 87 | | | | | | | | | | 137 | | | | | | | | |
| | 38 | | | | | | | | | | 88 | | | | | | | | | | 138 | | | | | | | | |
| | 39 | | | | | | | | | | 89 | | | | | | | | | | 139 | | | | | | | | |
| | 40 | | | | | | | | | | 90 | | | | | | | | | | 140 | | | | | | | | |
| | 41 | | | | | | | | | | 91 | | | | | | | | | | 141 | | | | | | | | |
| | 42 | | | | | | | | | | 92 | | | | | | | | | | 142 | | | | | | | | |
| | 43 | | | | | | | | | | 93 | | | | | | | | | | 143 | | | | | | | | |
| | 44 | | | | | | | | | | 94 | | | | | | | | | | 144 | | | | | | | | |
| | 45 | | | | | | | | | | 95 | | | | | | | | | | 145 | | | | • | | | | | |
| | 46 | | | | | | | | | | 96 | | | | | | | | | | 146 | | | | | | | | |
| | 47 | | | | | | | | | | 97 | | | | | | | | | | 147 | | | | | | | | |
| | 48 | | | | | | | | | | 98 | | | | | | | | | | 148 | | | | | | | | |
| | 49 | | | | | | | | | | 99 | | | | | | | | | | 149 | | | | | | | | |
| | 50 | | | | | | | | | | 100 | | | | | | | | | | 150 | | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No.  20020720

SIG05239



### Search Notes

| Application No. | Applicant(s) |
|---|---|
| 10/383,964 | FREED, ROBERT |
| **Examiner** | **Art Unit** | |
| Lulit Semunegus | 3641 | |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 42 | 71.02 and 7 | 7/20/2004 | LS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| text search | 7/20/2004 | LS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 42 | 71.01-08 | 7/21/2004 | ls |
| | | | |
| | | | |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No. 20020720

**SIG05240**

Appl. No. 10/383,964

*3641*

*IFW*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: Freed, Robert | ) Date: 9 August 2004 |
| | ) |
| Serial No.: 10/383,964 | ) Group Art Unit: 3641 |
| | ) |
| Filed: 03/08/2003 | ) Examiner: Semunegus, Lulit |
| | ) |
| For: Grip Extender for Handgun | ) |
| | ) |

### AMENDMENT B

Honorable Commissioner of Patents
Washington, D.C. 20231

Dear Sir:

      In response to the communication from the Examiner dated July 27, 2004.

 Please amend the application identified above as follows:

**Amendments to the Claims** are reflected in the listing of claims that begins on page 2 of this paper.

**Remarks/Arguments** begin on page 4 of this paper.

Page 1 of 5

**SIG05241**

Appl. No. 10/383,964

## Listing of Claims:

Claims 1-4 Canceled

5) (Currently amended): A grip extender in combination with a handgun comprising: a handgun using a variety of different model magazines, a ~~A~~ grip extender with symmetrical interior side walls, an exterior front wall configured to a user's grip, and a rear wall, for use with the ~~a extended~~ handgun magazine to fill a gap between the magazine and the handgun, with said magazine having an open top for loading ammunition cartridges and a closed bottom for containing said ammunition cartridges, said closed bottom ending in a floor plate, of determinable thickness, with a lower surface and an upper surface, with said floor plate also having a peripheral surface larger than a peripheral surface of a corresponding body of the magazine, said grip extender further comprising:

a) a one-piece collar slideably mounted from the open top of said ~~extended~~ magazine and subsequently seated at the closed bottom of said ~~extended~~ magazine thereby substantially filling any gap resulting from a length of the ~~extended~~ magazine protruding from a handgun ~~grip~~ when said ~~extended~~ magazine is engaged into said handgun ~~grip~~; said collar having a size and shape sufficient to elastically receive and grip the magazine and magazine floor plate thereby securely retaining the collar and having at least one pair of opposed tangs oriented inward from the interior side walls of the collar; and

b) further comprising at least one pair of opposed ribs, said ribs oriented inward from the interior side walls of the collar, with a bottom shoulder of said ribs distanced above the tangs, said distance approximately equal the determinable thickness of the magazine floor plate; and

c) ~~whereby, when the grip extender is slid~~ when sliding the grip extender into its final position on the magazine, a step of the said tangs engages the lower surface of the floor plate and captures the corresponding upper

Page 2 of 5

Appl. No. 10/383,964

surface of floor plate against said the bottom shoulders of the opposed ribs.

6) (Currently amended): The grip extender collar of claim 5 wherein said collar grip extender is further comprised of a color, said color corresponding to a type of ammunition cartridge to be carried by said extended magazine.

7) (Currently amended): The grip extender collar of claim 5 wherein said collar grip extender further incorporates an embossed or debossed feature, said feature corresponding to a type of ammunition cartridge to be carried by said extended magazine.

8) (Currently amended): The grip extender collar of claim 5 further comprising a lower surface depending below the magazine floor plate thereby protecting said magazine from impacts with surfaces when the magazine is released from a handgun during reloading.

SIG05243

Appl. No. 10/383,964

REMARKS/ARGUMENTS

Claim 5 has been rewritten to recite a use with active positive steps delimiting how the claimed use is actually practiced.

Claim 5's limitations have been corrected as to the use of the terms:

"magazine plate" has been amended to the term "magazine floor plate" as disclosed in the application's page 5 line 33 "floor plate 24 (FIGURE 9)"

"extended magazine" has been amended to the term "magazine" as disclosed in the application's page 3 line 14 "..fit about magazine 20.."

"handgun grip" has been amended to the term "handgun" as disclosed in the application's page 3 line 14 "..insertable into handgun 30..."

"magazine" is disclosed in application's page 3 line 14 "..magazine 20.."

"magazine floor plate" is disclosed in application's page 5 line 33 "..has a floor plate 24..."

"floor plate" is disclosed in application's page 5 line 33 "...has a floor plate 24.."

Claims 6, 7 and 8 have also been amended to contain the proper antecedent terminology disclosed in the description section of the application.

Claim 5 has been amended removing the term "whereby" and replacing it with terms showing the interrelationship between the structure and the function of the claimed elements. This amendment clearly distinguishes the present invention, as now claimed, over Kaltenegger (4,343,107). Applicant respectfully requests reconsideration of this rejection.

Dependent claims 6, 7 and 8 now follow independent claim 5 that has been amended to clearly distinguish it over the prior art as cited by the examiner - (Chesnut '600), (Boland '136) and (Kaltenegger '107). Applicant respectfully requests reconsideration of this rejection.

The color or embossing/debossing of the grip extender are actually "mechanical functions" of the invention when that term is used in the context of a useful or enabling element. The case cited (*In re Seid*, 161 F.2d 229, 73 USPQ 431 (CCPA 1947)) was directed to an advertising display device comprising a bottle and a hollow member in the shape of a human figure from the waist up which was adapted to fit over and cover the neck of the bottle, wherein the hollow member and the bottle together give the impression of a human body. Appellant argued that certain limitations in the upper part of the body, including the

Page 4 of 5

**SIG05244**

Appl. No. 10/383,964

arraignment of the arms, were not taught by the prior art.  The court found that matters relating to ornamentation only which have no mechanical function cannot be relied upon to patentably distinguish the claimed invention from the prior art.

Applicant's color and deboss/emboss features are mechanically useful in that it allows the user of the invention to quickly and positively determine the type of ammunition presently being carried in the magazine.  Applicant respectfully requests reconsideration of this rejection.

For the reasons advanced above Applicant respectfully submits that this application is now in condition for allowance, which such action is earnestly solicited.

Respectfully submitted,

James L. Davison

Reg. Number 40,334

NW Patent Group
19822 226th Ave NE
Woodinville, WA 98077
Ph.  425.844.6422
Fax  425.732.0250

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in
an envelope addressed to: Commissioner of Patents and
Trademarks, Washington D.C. 20231, on   Aug 9 2004
                                          (Date of Deposit)

Date of Signature:   8 / 9 / 04

**SIG05245**

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

021325   7590   09/15/2004
JAMES L DAVISON
19822 226TH AVENUE N.E.
WOODINVILLE, WA 98072

| EXAMINER |
|---|
| SEMUNEGUS, LULIT |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3641 | |

DATE MAILED: 09/15/2004

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/383,964 | 03/08/2003 | Robert Freed | FR06US | 6890 |

TITLE OF INVENTION: GRIP EXTENDER FOR HANDGUN

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $665 | $300 | $965 | 12/15/2004 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

PTOL-85 (Rev. 09/04) Approved for use through 04/30/2007.

**SIG05248**

Application/Control Number: 10/383,964                                    Page 2
Art Unit: 3641

## DETAILED ACTION

### *Allowable Subject Matter*

1.     Claims 5-8 are allowed.

2.     The following is an examiner's statement of reasons for allowance: Upon review

of the application filed on 08 March 2003 and the prior art of record no grip extender in

combination with a handgun exists that comprises a one-piece collar slidably mounted

from an open top of the extended magazine; at least one pair of opposed tangs oriented

inward from the interior side walls of the collar; at least one pair of opposed ribs, said

ribs oriented inward from the interior side walls of the collar with a bottom shoulder of

the ribs distanced above the tangs whereby when the grip extender is slid into its final

position on the magazine, a step of the tangs engage the lower surface of the floor plate

and capture a corresponding upper surface of floor plate against the bottom shoulder of

the opposed ribs.

        This statement is not intended to necessarily state all the reasons for allowance

or all the details why the claims are allowed and has not been written to specifically or

impliedly state that all the reasons for allowance are set forth (MPEP 1302.14).

        Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee. Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance".

Application/Control Number: 10/383,964                                          Page 3
Art Unit: 3641

### *Conclusion*

3.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Lulit Semunegus whose telephone number is (703) 306-

5960.  The examiner can normally be reached on Mon-Friday.

       If attempts to reach the examiner by telephone are unsuccessful, the examiner's

       supervisor, Michael Carone can be reached on (703) 306-4198.  The fax phone

       number for the organization where this application or proceeding is assigned is

       703-872-9306.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR

only.  For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-

free).


                                          Lulit  Semunegus
                                          Examiner
                                          Art Unit 3641


                                          **AILEEN FELTON
                                          PRIMARY EXAMINER**