# EXHIBIT 3

To Proposed Amended Reply:

Annotated Portions Of The File History
For The "**737 Design Application**" (No. 29/167,737)

| | | | |
|---|---|---|---|
| SubClass | /08 | | |
| Class | D22 | | |

ISSUE CLASSIFICATION

09/18/02

29/167737

D487790

| DESIGN SERIAL NUMBER | PATENT DATE MAR 23 2004 | PATENT NUMBER D487790 |
|---|---|---|

| CLASS | SUBCLASS | O.I.P.E | ART UNIST | EXAMINER |
|---|---|---|---|---|
| D22 | 108 | SCANNED / Q.A. NS | 2914 | Weingart |

TITLE OF INVENTION (FOR DESIGN APPLICATION ONLY):

ISSUE FEE IN FILE

| TERMINAL DISCLAIMER | ☐ The term of this patent subsequent to _____ (date) has been disclaimed. | ☐ The term of this patent shall not extend beyond the expiration date of Pat. No. _____ | ☐ The terminal _____ months of this patent have been disclaimed. |
|---|---|---|---|

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| D22 | 108 | | |

INTERNATIONAL CLASSIFICATION

D22 / 01

☐ Continued on Issue Slip Inside File Jacket

Form PTO-2009 (Rev. 4-97)   WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

| PARTS OF APPLICATION FILED SEPARATELY | | CHECK BOX FOR REQUEST FOR INFORMATION | ☐ |
|---|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | | |
|---|---|---|---|
| 10/2/03 | Monica A. Weingart Assistant Examiner | Ruth Sydnor 10/3/03 Application Examiner | |
| ISSUE FEE | | DRAWING | |
| Amount Due 240 | Date Paid 12/04/03 | Sheets Drwg. 1 / Figs. Drwg. 4 / Print Fig. 1+4 | |
| | LOUIS S. ZARFAS SUPERVISORY PATENT EXAMINER GROUP 2900 Primary Examiner | ISSUE BATCH NUMBER | |
| Label Area | PREPARED FOR ISSUE | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent and Trademark Office is restricted to authorized employees and contractors only.

Form PTO-450 (Rev. 7/92)

Page 1 of 1

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
Washington, DC 20231
www.uspto.gov

Bib Data Sheet

CONFIRMATION NO. 2623

| SERIAL NUMBER 29/167,737 | FILING DATE 09/18/2002 RULE | CLASS D22 | GROUP ART UNIT 2900 | ATTORNEY DOCKET NO. FR02.D |
|---|---|---|---|---|

**APPLICANTS**
Robert Freed, Kenmore, WA;

** CONTINUING DATA ******************
none nsn

** FOREIGN APPLICATIONS ******************
none nsn

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 10/10/2002

| Foreign Priority claimed ☐ yes ☑ no  35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance  Verified and Acknowledged _Monica Weepart_ Examiner's Signature / Initials | STATE OR COUNTRY WA | SHEETS DRAWING 1 | TOTAL CLAIMS 1 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|

**ADDRESS**
James L. Davison
NW Patent Group
19822 226th Ave NE
Woodinville, WA 98072

**TITLE**
 Magazine Surround
SIG P245 pistol magazine surround

B

| FILING FEE RECEIVED 230 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees  ☐ 1.16 Fees (Filing)  ☐ 1.17 Fees (Processing Ext. of time)  ☐ 1.18 Fees (Issue)  ☐ Other _____  ☐ Credit |
|---|---|---|

09-20-02

2916773 0918

PTO/SB/18 (08-00)
Approved for use through 10/31/2002. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Please type a plus sign (+) inside this → [+]

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **DESIGN PATENT APPLICATION TRANSMITTAL** (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Attorney Docket No. **FR02.D** |
| | First Named Inventor **Robert Freed** |
| | Title **SIG P245 Pistol Magazine Surround** |
| | Express Mail Label No. **EU 626872678 US** |

**ADDRESS TO:**
Assistant Commissioner for Patents
Box Design
Washington, DC 20231

**DESIGN V. UTILITY:** A "design patent" protects the appearance (e.g., the way an article looks) (35 USC 1/1), while a "utility patent" protects the way an article is used and works (35 USC 101). The ornamental appearance of an article includes its shape/configuration or surface ornamentation upon the article, or both. Both a design and a utility patent may be obtained on an article if invention resides both in its ornamental appearance and its utility. For more information see MPEP 1502.01.

**APPLICATION ELEMENTS**
See MPEP chapter 1500 concerning design patent application

1. [✓] Fee Transmittal Form (e.g., PTO/SB/17)
2. [✓] Applicant claims small entity status.
3. [✓] Specification [Total Pages **2**]
   (preferred arrangement set forth below, MPEP 1503.01)
   - Preamble
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Description of the figure(s) of Drawings
   - Feature Description
   - Claim (only one (1) claim permitted, MPEP 1503.03)
4. [✓] Drawing(s) (37 CFR 1.152) [Total Sheets **1**]
5. Oath or Declaration [Total Pages ___]
   a. [ ] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR 1.63(d))
      i. [ ] **DELETION OF INVENTOR(S)** Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [ ] Application Data Sheet. See 37 CFR 1.76.

**ACCOMPANYING APPLICATION PARTS**

7. [ ] Assignment Papers (cover sheet & document(s))
8. [ ] 37 C.F.R. 3.73(b) Statement (when there is an assignee) [ ] Power of Attorney
9. [ ] English Translation Document (if applicable)
10. [ ] Information Disclosure Statement (IDS)/PTO-1449  [ ] Copies of IDS Citations
11. [ ] Preliminary Amendment
12. [✓] Return Receipt Postcard (MPEP 503) (Should be specifically itemized)
13. [ ] Certified Copy of Priority Document(s) (if foreign priority is claimed)
14. [ ] Request for Expedited Examination of a Design Application (37 CFR 1.155) (NOTE: Substitute "Box Expedited Design" for "Box Design" in the address indicated above.)
15. [ ] Other: _____

16. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:
[ ] Continuation   [ ] Divisional   [ ] Continuation-in-part (CIP)   of prior application No.: _____/_____

Prior application information: Examiner _____ Group / Art Unit _____

For **CONTINUATION or DIVISIONAL APPS only:** The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

**17. CORRESPONDENCE ADDRESS**

[X] Customer Number or Bar Code Label    or   [ ] Correspondence address below

**021325**
PATENT AND TRADEMARK OFFICE

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Fax |

| Name (Print/Type) | James L Davison | Registration No. (Attorney/Agent) | 40,334 |
|---|---|---|---|
| Signature | /James L Davison/ | Date | Sept. 18, 2002 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Design, Washington, DC 20231.

2916737.091802

Design Patent Application – Preamble, Specification, and Claim

Box Design
Commissioner for Patents
Washington, District of Columbia 20231

Sir:

PREAMBLE:

SuB
b1

Your petitioner, Robert Freed, a citizen of the United States and a resident of Kenmore, Washington respectfully requests that Letters Patent be granted to said petitioner for a new and original design set forth in the following specification. The filing fee of $165.00, 1 sheet of drawings, fee transmittal form, a credit card payment form, design patent application transmittal form and a return postcard are attached.

SPECIFICATION:

The petitioner has invented a new, original, and ornamental design entitled " SIG P245 Pistol Magazine Surround" of which the following is a specification. Reference is made to the accompanying drawing which form a part hereof, the figures of which are described as follows:

CROSS REFERENCE TO RELATED APPLICATIONS:  None

STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH:  None

DRAWING FIGURES:

Fig. 1 is a top view of the magazine surround showing my new design;

Fig. 2 is a front view thereof;

Fig. 3 is a left side view thereof; and

Fig. 4 is a top right elevation view thereof.

The left side view is a mirror image of the right side view, and the bottom view, and rear view contain no features not disclosed by the abovementioned views.



2916737 .091802



FEATURE DESCRIPTION: My magazine surround is characterized by the smooth esthetic interface it provides between bottom portion of a SIG P245 pistol grip and the exposed metal flange of an extended ammunition magazine.

I claim: the ornamental design for a magazine surround as shown.

**Express Mail Label #** EU 626872678 US    **Date of Deposit:** 18 Sept. 2002

(2)



PRINT OF DRAWINGS AS ORIGINALLY FILED

Fig.1

Fig.4

Fig.2

Fig.3

Docket Number __FR02.D__

# DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

As below named inventor    I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe that I am the original, first and sole inventor of the subject matter that is claimed and for which patent is sought on the invention entitled:

SIG P245 Pistol Magazine Surround

the application number being:  29/167,737

filed:  09/18/2002

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims.

I acknowledge the duty to disclose information that is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56(a).

I hereby appoint the following attorney to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith: James L. Davison Reg. No. 40,334 at telephone number (425) 844-6422

Address all correspondence to:

James L. Davison
NW Patent Group
19822 226th Ave NE
Woodinville, WA 98072

I hereby further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full Name of Inventor | Citizenship |
|---|---|
| Robert Freed | U.S. |

Stamp: OIPE JC54 NOV 0 4 2002 PATENT & TRADEMARK OFFICE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



#4RB

| | |
|---|---|
| In re Application of: Freed, Robert | ) Date: October 30, 2002 |
| Serial No.: 29/167,737 | ) Group Art Unit: 2900 |
| Filed: 09/18/2002 | ) Examiner: N/Available |
| For: SIG P245 Pistol Magazine Surround | ) |

RECEIVED
NOV 0 8 2002
TECH CENTER 1600/2900

### PRELIMINARY AMENDMENT

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

Please amend the application identified above as follows:

### AMENDMENTS TO THE SPECIFICATION

The Feature Description has been amended to read:



~~My magazine~~ surround is characterized by the smooth esthetic interface it provides between ~~bottom~~ portion of a SIG P245 pistol grip and the plastic floor plate of an extended ammunition ~~magazine~~.

<u>Remarks</u>

The amended Feature Description now accurately describes the floor plate of a SIG P245 extended magazine.

Version of Feature Description with markings to show the changes made:

My magazine surround is characterized by the smooth esthetic interface it provides between bottom portion of a SIG P245 pistol grip and the [exposed metal flange] <u>plastic floor plate</u> of an extended ammunition magazine.

Respectfully submitted,

*James L. Davison* (signature)

James L. Davison
Reg. Number 40,334

NW Patent Group
19822 226th Ave NE
Woodinville, WA 98072
Ph.  425.844.6422
Fax  425.732.0250



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/167,737 | 09/18/2002 | Robert Freed | FR02.D | 2623 |

7590    04/23/2003

James L. Davison
NW Patent Group
19822 226th Ave NE
Woodinville, WA  98072

| EXAMINER |
|---|
| WEINGART, MONICA A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2914 | |

DATE MAILED: 04/23/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C  (Rev. 07-01)

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 29/167,737 | FREED, ROBERT |
| | Examiner | Art Unit |
| | Monica A. Weingart | 2914 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____ .
2a) ☐ This action is **FINAL**.        2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) *is a single claim* is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) *35 USC 112, 1st and 2nd paragraphs* is/are rejected.
7) ☒ Claim(s) *drawing, title, specification* is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☒ The specification is objected to by the Examiner.
10) ☒ The drawing(s) filed on *18 September 2002* is/are: a) ☐ accepted or b) ☒ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.
    If approved, corrected drawings are required in reply to this Office action.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All  b) ☐ Some * c) ☐ None of:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
    a) ☐ The translation of the foreign language provisional application has been received.
15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .
4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____ .

Application/Control Number: 29/167,737 Page 2
Art Unit: 2914

The claim is rejected under 35 U.S.C. 112, first paragraph, as the claimed invention is not described in such full, clear, concise and exact terms as to enable any person skilled in the art to make and use the same.

The claim is the nonenabling because: the exact appearance and details of the design cannot be understood due to the poor quality of the drawing. The lines are rough and sketchy and it is unclear what is a surface pattern or what is line shading. Clarification is required.

The claim is rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. Because the claim is nonenabling, as set out in the previous rejection, it is also indefinite for the same reasons. The appearance and details of the article cannot be readily understood and again clarification is necessary.

The drawing is objected to. The halftone prints of the views are improper under 37 CFR 1.152. There are also areas of solid black shading which is unacceptable. The drawing views must be redrawn in black ink and any shading that is applied must be either line shading or stipple shading. The appearance and details of the drawing must be readily understood. Also, there appears to be a grid pattern underneath the article in all of the views. This should be removed. There should be nothing in the views except the article itself. Correction of the drawing is required.

Any attempt to correct or clarify the appearance and details of the design in order to overcome the rejections must avoid the introduction of new matter. 35 USC 132. 37 CFR 1.121. New matter is information not supported by the application as originally filed.

Application/Control Number: 29/167,737 Page 3
Art Unit: 2914

In an attempt to overcome the rejections, applicant may submit large clear photographs showing all details of the design, or in the alternative pen and ink drawings may be submitted clearly showing all details and the complete appearance of the design for the examiner's review. Formal ink drawings or photographs should not be submitted until a determination is made that the rejection can be overcome without the introduction of new matter.

For consistency, the title should be amended throughout the application, original oath or declaration excepted, to read:

Magazine Surround.

The specification is objected to. The "Preamble", the paragraph following, and the "Specification" designator should be canceled. Also, the "Cross Reference To Related Applications ; none" must be canceled as well as the "Statement Regarding Federally Sponsored Research: none" and the "Drawing Figures" designator should be canceled.

The special description in the specification which describes variations and modifications of the design which are not shown in the drawings is not permitted, MPEP '1503.01. Furthermore, in the decision of Racing Strollers Inc. v TRI Industries, 11 USPQ2d 1300, (Fed. Cir. 1989), the court held that "... the 'best mode' requirement of the first paragraph of '112 is not applicable, as a design has only one 'mode' and it can be described only by illustrations showing what it looks like (though some added description in words may be useful to explain the illustrations. The special descriptions describing the bottom of the articled not shown should be canceled.

The references are cited as pertinent but are not applied.

PAGE 1 OF 1

| FORM PTO-892 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 29/167,737 | GROUP ART UNIT 2914 | ATTACHMENT TO PAPER NO. | 5 |
|---|---|---|---|---|---|
| NOTICE OF REFERENCES CITED | | APPLICANT(S) Robert Freed | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | A | D344,780 | 3/1994 | Jenkins | D22 | 108 | |
| | B | 4,495,720 | 1/1985 | Bross | 42 | 7 | |
| | C | 4,862,619 | 9/1989 | Baldus et al. | 42 | 7 | |
| | D | 5,081,778 | 1/1992 | Switzer | 42 | 50 | |
| | E | 5,357,703 | 10/1994 | Chesnut et al. | 42 | 50 | |
| | F | 5,666,752 | 9/1997 | Grams | 42 | 49.02 | |
| | G | 2002/0029506 A1 | Pub.3/2002 | Wollmann | 42 | 50 | 11/2001 |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS |
|---|---|---|---|---|---|---|---|
| | L | | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER Monica A. Weingart | DATE April 17, 2003 | | Form892ccs2106b |
|---|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05(a).)

  

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: Freed | ) Date: 4 Sept 2003 |
| Serial No.: 29/167,737 | ) Group Art Unit: 2914 |
| Filed: 09/18/2002 | ) Examiner: Weingart |
| For: Magazine Surround | ) |

RECEIVED
SEP 1 1 2003
TECH CENTER 1600/2900

### AMENDMENT

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Examiner:

In response to the communication from the Examiner dated 04/23/2003
Please amend the application identified above as follows:

Drawing: Replace previous drawing with enclosed replacement.

Specification: Replace previous specification with enclosed replacement.

Comments:

Replacement drawing is now in correct format.

Title has been corrected.

Specification has been corrected.

Conclusion: Applicant has incorporated Examiner's requests and solicits reconsideration and allowance.

Also enclosed is a petition for a 2 month extension and a credit card payment for the same.


Respectfully submitted,

*James L. Davison*

James L. Davison
Reg. Number 40,334


NW Patent Group
19822 226th Ave NE
Woodinville, WA 98072
Ph.  425.844.6422
Fax  425.732.0250



D487790



Fig. 1.



Fig. 2.



Fig. 3.



Fig. 4.

## AMENDED SUBMISSION

β1

Your petitioner, Robert Freed, a citizen of the United States and a resident of Kenmore, Washington prays that letters patent may be granted for the design for a "Magazine Surround" as set forth in the following

Fig. 1 is a top view of the magazine surround showing my new design;

Fig. 2 is a front view thereof;

Fig. 3 is a left side view thereof; and

Fig. 4 is a top left elevation view thereof.

The right side view is a mirror image of the left side view.

FEATURE DESCRIPTION: My magazine surround is characterized by the smooth esthetic interface it provides between bottom portion of a ~~SIG P245~~ pistol grip and the exposed metal flange of an extended ammunition magazine.

I claim: the ornamental design for a magazine surround as shown. *and described* new

