# EXHIBIT 4
To Proposed Amended Reply:

Annotated Portions Of The File History For
The "**'738 Design Application**" (No. 29/167,738)

| | ISSUE CLASSIFICATION | |
|---|---|---|
| Class | D22 | |
| SubClass | 108 | |

09/18/02
29/167138

**D487791**

| DESIGN SERIAL NUMBER | PATENT DATE MAR 2 3 2004 | PATENT NUMBER D487791 |
|---|---|---|

| CLASS | SUBCLASS | O.I.P.E | ART UNIT | EXAMINER |
|---|---|---|---|---|
| D | 108 | SCANNED ARMY Q.A. NS | 2914 | Weingart |

**TITLE OF INVENTION (FOR DESIGN APPLICATION ONLY):**

ISSUE FEE IN FILE

| ☐ TERMINAL DISCLAIMER | ☐ The term of this patent subsequent to _____ (date) has been disclaimed. | ☐ The term of this patent shall not extend beyond the expiration date of Pat. No. _____ | ☐ The terminal _____ months of this patent have been disclaimed. |
|---|---|---|---|

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| D22 | 108 | | |

| INTERNATIONAL CLASSIFICATION | |
|---|---|
| 22 | 01 |

☐ Continued on Issue Slip Inside File Jacket

Form PTO-2009 (Rev. 4-97)

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

| PARTS OF APPLICATION FILED SEPARATELY | | CHECK BOX FOR REQUEST FOR INFORMATION | ☐ |
|---|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | | |
|---|---|---|---|
| 10/2/03 | Monica A. Weingart  Assistant Examiner | Application Examiner  10/3/03 | |

| ISSUE FEE | | DRAWING | | |
|---|---|---|---|---|
| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | 12/04/03 | 1 | 5 | 3+4 |

LOUIS S. ZARFAS
SUPERVISORY PATENT EXAMINER
GROUP 2900

| | ISSUE BATCH NUMBER | |
|---|---|---|
| Label Area | Primary Examiner | |
| | **PREPARED FOR ISSUE** | |

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent and Trademark Office is restricted to authorized employees and contractors only.

Form PTO-450 (Rev. 7/92)

Page 1 of 1

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
Washington, DC 20231
www.uspto.gov

Bib Data Sheet

CONFIRMATION NO. 2621

| SERIAL NUMBER | FILING DATE 09/18/2002 RULE | CLASS D22 | GROUP ART UNIT 2900 | ATTORNEY DOCKET NO. FR01.D |
|---|---|---|---|---|
| 29/167,738 | | | | |

**APPLICANTS**
Robert Freed, Kenmore, WA;

** CONTINUING DATA ******************* none use

** FOREIGN APPLICATIONS ****************** none use

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 10/10/2002

| Foreign Priority claimed | ☐ yes ☑ no | STATE OR COUNTRY WA | SHEETS DRAWING 1 | TOTAL CLAIMS 1 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met | ☐ yes ☑ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged | Examiner's Signature    Initials | | | | |

**ADDRESS**
James L. Davison
NW Patent Group
19822 226th Ave NE
Woodinville, WA 98072

**TITLE**
 SIG P228/P229 pistol magazine surround

| FILING FEE RECEIVED 230 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

```
=916773=.091802 #A/05
```

JC769 U.S. PTO
09/18/02

Please type a plus sign (+) inside this ➔ [+]

PTO/SB/18 (08-00)
Approved for use through 10/31/2002. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| DESIGN PATENT APPLICATION TRANSMITTAL | | |
|---|---|---|
| Attorney Docket No. | FR01.D | |
| First Named Inventor | Robert Freed | |
| Title | SIG P228/P229 Pistol magazine Surround | |
| (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Express Mail Label No. | EU 626872678 US |

ADDRESS TO:
Assistant Commissioner for Patents
Box Design
Washington, DC 20231

**DESIGN V. UTILITY:** A "design patent" protects an article's ornamental appearance (e.g., the way an article looks) (35 USC 171), while a "utility patent" protects the way an article is used and works (35 USC 101). The ornamental appearance of an article includes its shape/configuration or surface ornamentation upon the article, or both. Both a design and a utility patent may be obtained on an article if invention resides both in its ornamental appearance and its utility. For more information see MPEP 1502.01.

**APPLICATION ELEMENTS**
See MPEP chapter 1500 concerning design patent application

1. [✓] Fee Transmittal Form (e.g., PTO/SB/17)
2. [✓] Applicant claims small entity status.
3. [✓] Specification  [Total Pages  2 ]
   (preferred arrangement set forth below, MPEP 1503.01)
   - Preamble
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Description of the figure(s) of Drawings
   - Feature Description
   - Claim (only one (1) claim permitted, MPEP 1503.03)
4. [✓] Drawing(s) (37 CFR 1.152)  [Total Sheets  1 ]
5. Oath or Declaration  [Total Pages   ]
   a. [ ] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR 1.63(d))
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [ ] Application Data Sheet. See 37 CFR 1.76.

**ACCOMPANYING APPLICATION PARTS**

7. [ ] Assignment Papers (cover sheet & document(s))
8. [ ] 37 C.F.R. 3.73(b) Statement  [ ] Power of Attorney
   (when there is an assignee)
9. [ ] English Translation Document (if applicable)
10. [ ] Information Disclosure Statement (IDS)/PTO-1449  [ ] Copies of IDS Citations
11. [ ] Preliminary Amendment
12. [✓] Return Receipt Postcard (MPEP 503)
    (Should be specifically itemized)
13. [ ] Certified Copy of Priority Document(s)
    (if foreign priority is claimed)
14. [ ] Request for Expedited Examination of a Design Application (37 CFR 1.155)
    (NOTE: Substitute "Box Expedited Design" for "Box Design" in the address indicated above.)
15. [ ] Other:

16. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:
    [ ] Continuation  [ ] Divisional  [ ] Continuation-in-part (CIP)  of prior application No.: _____/_____
    Prior application information:  Examiner _____  Group / Art Unit _____

For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

**17. CORRESPONDENCE ADDRESS**

[X] Customer Number or Bar Code Label    [barcode] 021325 PATENT AND TRADEMARK OFFICE    or  [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Fax |

Name (Print/Type): James L. Davison    Registration No. (Attorney/Agent): 40,334
Signature: /James L. Davison/    Date: Sept. 18, 2002

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Design, Washington, DC 20231.

29167738.091802

Design Patent Application – Preamble, Specification, and Claim

Box Design
Commissioner for Patents
Washington, District of Columbia 20231

Sir:

PREAMBLE:



Your petitioner, Robert Freed, a citizen of the United States and a resident of Kenmore, Washington respectfully requests that Letters Patent be granted to said petitioner for a new and original design set forth in the following specification. The filing fee of $165.00, 1 sheet of drawings, fee transmittal form, a credit card payment form, design patent application transmittal form and a return postcard are attached.

SPECIFICATION:

The petitioner has invented a new, original, and ornamental design entitled " SIG P228/P229 Pistol Magazine Surround" of which the following is a specification. Reference is made to the accompanying drawing which form a part hereof, the figures of which are described as follows:

CROSS REFERENCE TO RELATED APPLICATIONS: None

STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH: None

DRAWING FIGURES:

Fig. 1 is a front view of the magazine surround showing my new design;

Fig. 2 is a right side view thereof;

Fig. 3 is a top view thereof;

Fig. 4 is a top right elevation view thereof; and

Fig. 5 is a right rear perspective view thereof.

The left side view is a mirror image of the right side view, the bottom view, and rear view contain no features not disclosed by the abovementioned views.

29167738.091802

*[handwritten: sub al]*

FEATURE DESCRIPTION: My magazine surround is characterized by the smooth esthetic interface it provides between bottom portion of a <mark>SIG P228/P229</mark> pistol grip and the exposed metal flange of an extended ammunition magazine.

I claim: the ornamental design for a magazine surround as shown.

**Express Mail Label #** EU626872678 US        **Date of Deposit:** 18 Sept. 2002

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig.1
Fig.2
Fig.3
Fig.4
Fig.5

Docket Number __FR01.D__



**DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION**

As below named inventor I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe that I am the original, first and sole inventor of the subject matter that is claimed and for which patent is sought on the invention entitled:

SIG P228/P229 Pistol Magazine Surround

the application number being: 29/167,738

filed: 09/18/2002

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims.

I acknowledge the duty to disclose information that is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56(a).

I hereby appoint the following attorney to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith: James L. Davison Reg. No. 40,334 at telephone number (425) 844-6422

Address all correspondence to:

James L. Davison
NW Patent Group
19822 226th Ave NE
Woodinville, WA 98072

I hereby further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full Name of Inventor | Citizenship |
|---|---|
| Robert Freed | U.S. |

Residence
King County, Washington

Post Office Address
15016 59th Place NE, Kenmore, WA 98028

Signature                                    Date
                                             10/22/02



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/167,738 | 09/18/2002 | Robert Freed | FR01.D | 2621 |

7590  04/23/2003

James L. Davison
NW Patent Group
19822 226th Ave NE
Woodinville, WA 98072

| EXAMINER |
|---|
| WEINGART, MONICA A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2914 | 4 |

DATE MAILED: 04/23/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 29/167,738 | FREED, ROBERT |
| | Examiner | Art Unit |
| | Monica A. Weingart | 2914 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☐ Responsive to communication(s) filed on _____ .

2a)☐ This action is **FINAL**.   2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *is a single claim* is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>35 USC 112, first and second paragraphs</u> is/are rejected.

7)☒ Claim(s) <u>drawing, title, specification</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>18 September 2002</u> is/are: a)☐ accepted or b)☒ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

   If approved, corrected drawings are required in reply to this Office action.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All  b)☐ Some * c)☐ None of:

   1.☐ Certified copies of the priority documents have been received.

   2.☐ Certified copies of the priority documents have been received in Application No. _____ .

   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

   a) ☐ The translation of the foreign language provisional application has been received.

15)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .
4)☐ Interview Summary (PTO-413) Paper No(s). _____ .
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: .

Application/Control Number: 29/167,738 Page 2
Art Unit: 2914

The claim is rejected under 35 U.S.C. 112, first paragraph, as the claimed invention is not described in such full, clear, concise and exact terms as to enable any person skilled in the art to make and use the same.

The claim is the nonenabling because: the exact appearance and details of the design cannot be understood due to the poor quality of the drawing. The lines are rough and sketchy and it is unclear what is a surface pattern or what is line shading. Clarification is required.

The claim is rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. Because the claim is nonenabling, as set out in the previous rejection, it is also indefinite for the same reasons. The appearance and details of the article cannot be readily understood and again clarification is necessary.

The drawing is objected to. The charcoal or pencil prints of the views are improper under 37 CFR 1.152. There are also areas of solid black shading which is unacceptable. The drawing views must be redrawn in black ink and any shading that is applied must be either line shading or stipple shading. The appearance and details of the drawing must be readily understood. Also, there appears to be a grid pattern underneath the article in all of the views. This should be removed. There should be nothing in the views except the article itself. Correction of the drawing is required.

Any attempt to correct or clarify the appearance and details of the design in order to overcome the rejections must avoid the introduction of new matter. 35 USC 132. 37 CFR 1.121. New matter is information not supported by the application as originally filed.

Application/Control Number: 29/167,738 Page 3
Art Unit: 2914

In an attempt to overcome the rejections, applicant may submit large clear photographs showing all details of the design, or in the alternative pen and ink drawings may be submitted clearly showing all details and the complete appearance of the design for the examiner's review. Formal ink drawings or photographs should not be submitted until a determination is made that the rejection can be overcome without the introduction of new matter.

For consistency, the title should be amended throughout the application, original oath or declaration excepted, to read:

Magazine Surround.

The specification is objected to. The "Preamble", the paragraph following, and the "Specification" designator should be canceled. Also, the "Cross Reference To Related Applications ; none" must be canceled as well as the "Statement Regarding Federally Sponsored Research: none" and the "Drawing Figures" designator should be canceled.

The special description in the specification which describes variations and modifications of the design which are not shown in the drawings is not permitted, MPEP '1503.01. Furthermore, in the decision of Racing Strollers Inc. v TRI Industries, 11 USPQ2d 1300, (Fed. Cir. 1989), the court held that "... the 'best mode' requirement of the first paragraph of '112 is not applicable, as a design has only one 'mode' and it can be described only by illustrations showing what it looks like (though some added description in words may be useful to explain the illustrations. The special descriptions describing the bottom of the articled not shown should be canceled.

The references are cited as pertinent but are not applied.

Application/Control Number: 29/167,738  Page 4
Art Unit: 2914

The claim stands rejected under 35 U.S.C. 112, first and second paragraphs, for the reasons given.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Monica Weingart, whose telephone number is (703)-305-3340. The examiner can normally be reached on Tuesday through Thursday from 8:30 AM to 4:00 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mr. Louis Zarfas, can be reached at (703)-305-3260. The FAX phone number for this group is (703)-308-2742.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703)-305-3291.

Monica A. Weingart
April 17, 2003

LOUIS S. ZARFAS
SUPERVISORY PATENT EXAMINER
GROUP 2900

PAGE 1 OF 1

| FORM PTO-892 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 29/167,738 | GROUP ART UNIT 2914 | ATTACHMENT TO PAPER NO. 4 |
|---|---|---|---|---|
| NOTICE OF REFERENCES CITED | | APPLICANT(S) Robert Freed | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | A | D344,780 | 3/1994 | Jenkins | D22 | 108 | |
| | B | 4,495,720 | 1/1985 | Bross | 42 | 7 | |
| | C | 4,862,619 | 9/1989 | Baldus et al. | 42 | 7 | |
| | D | 5,081,778 | 1/1992 | Switzer | 42 | 50 | |
| | E | 5,357,703 | 10/1994 | Chesnut et al. | 42 | 50 | |
| | F | 5,666,752 | 9/1997 | Grams | 42 | 49.02 | |
| | G | 2002/0029506 A1 | Pub.3/2002 | Wollmann | 42 | 50 | 11/2001 |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS |
|---|---|---|---|---|---|---|---|
| | L | | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER Monica A. Weingart | DATE April 17, 2003 | | Form892ccs2106b |
|---|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05(a).)