# EXHIBIT 5

To Proposed Amended Reply:

"**Wollman**" (U.S. Pub. Patent App. No. 2002/0029506)



US 20020029506A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2002/0029506 A1
Wollmann (43) Pub. Date: **Mar. 14, 2002**

(54) **ARRANGEMENT INTRODUCED INTO AN EXTENSION FOR AUTOMATIC WEAPON MAGAZINE**

(76) Inventor: **Telmo Ricardo Wollmann**, Porto Alegre (BR)

Correspondence Address:
**Robert H. Bachman
BACHMAN & LaPOINTE, P.C.
900 Chapel Street, Suite 1201
New Haven, CT 06510-2802 (US)**

(21) Appl. No.: **09/991,217**

(22) Filed: **Nov. 16, 2001**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/604,380, filed on Jun. 27, 2000.

(30) Foreign Application Priority Data

Jun. 7, 1999 (BR) ................................................ 002547

**Publication Classification**

(51) Int. Cl.⁷ ............................................................ F41A 9/61
(52) U.S. Cl. .................................................................. 42/50

(57) **ABSTRACT**

Extension for an automatic pistol magazine, comprising a substantially parallelepiped box of moldable material, defined by a front wall and by lateral walls, open on the upper face thereof, wherein said lateral walls are provided with inner slide channels, one on each side and made near the upper edges, whereas the rear open portion is properly closed by a secondary body sliding on external rails of the rear edge of said walls in a male-female fitting, with inner slide channels made near the front edges of the secondary body, locked by an elastic tongue, said tongue having a teeth that penetrates in a groove at the bottom of the magazine's metallic body and said front wall having an anatomical shape for a better hand grasp of the pistol, lodging the little finger on the anatomical recess thereof.





FIG.: 1



FIG.: 2



FIG.: 3



FIG.: 4



FIG.: 5

# ARRANGEMENT INTRODUCED INTO AN EXTENSION FOR AUTOMATIC WEAPON MAGAZINE

## CROSS-REFERENCE TO RELATED APPLICATION

[0001] This application is a Continuation-In-Part of U.S. patent application Ser. No. 09/604,380 for ARRANGEMENT INTRODUCED INTO AN EXTENSION FOR AUTOMATIC WEAPON MAGAZINE, By Telmo Ricardo Wollmann, filed Jun. 27, 2000.

## BACKGROUND OF THE INVENTION

[0002] The present invention relates to a new model of extensions for automatic pistol magazines. As is known in the state of the art, the small-size automatic pistols are provided with means for the storage of cartridges in the body of clip loaders or magazines, which arrange the cartridges overlapping each other, thereby configuring a part having a predominantly vertical dimension with respect to the other dimensions and having a given number of stored cartridges.

[0003] However, in addition to the desirabilities for decreasing the number of handling operations for recharging cartridges in the magazines, it is extremely desirable to have magazines with the largest possible capacity.

[0004] It is an objective of the present model to provide a complement or extension for automatic pistol magazines, in order to increase the capacity of said magazines in a practical and quick manner, by substituting the lower end of said magazine with said extension.

[0005] Document MU 7600289-6 is known in the state of the art, which shows an arrangement of extensions for magazines, comprising a metallic box to be coupled to the lower end of said magazine. Such part is molded as two half-bodies, so as to have a male-female type fitting at the upper end of the main half-body for adaptation to the lower end of said magazine to be attached, and possessing a closure by means of bolts that attach the secondary half-body to the main half-body.

[0006] Such arrangement has the drawback of possessing a bolt-type closure, which upon prolonged use may suffer from the usual problems of such type of connection, such as loosening or locking of such bolts within the seat by reason of oxidizing, etc., requiring the use of specific tools for assembly and disassembly of such complement, thereby requiring additional time and expense.

## SUMMARY OF THE INVENTION

[0007] Accordingly, the scope of the present model of the present invention is to provide not only a substantially simpler arrangement for construction thereof, by using injected materials that do not require large investments in tooling, but also to provide a complement of easy fitting and assembly, decreasing the number of operations and, therefore, decreasing the expenses thereof.

[0008] The complement in question not only allows a significant increase in the storage capacity of said cartridge magazine, making it possible to add more cartridges to said magazine, but also allows a better closing of the lower portion of said magazine, replacing the original closure, thereby providing a better finish for said magazine, but also increasing the total extension of the handle of said automatic pistols, by incorporation thereof to the total grip of the pistol, increasing the total grasping area of the pistol in the user's hand and allowing a better accommodation of the fingers on the pistol handle, since said extension is provided with a recess on the front portion thereof, facilitating the support of the user's finger on said recess.

[0009] Such scope is attained by a locking by means of proper integrated guides and a tongue integrated to said extension, rendering it more practical and with a lower number of components and number of production operations, being as reliable as the attachment by means of bolts.

[0010] Another advantage arising out of such arrangement is to provide an anatomical projection on the rear portion thereof, without the interference of nuts or bolts for support of the user's hand.

[0011] Such magazine extension basically comprises a box of substantially parallelepiped shape, made of easily moldable material, to be fitted to the lower end of said automatic pistol magazines by means of sets of guides and tongues, allowing a simple and efficient fitting and possessing on the front portion thereof an anatomical recess for finger support.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0012] For a better description of said extension for automatic pistol magazines, a detailed description thereof is made with reference to the appended drawings, of illustrative and non-limiting nature, wherein:

[0013] FIG. 1 shows a lateral view of a little pistol with a conventional magazine;

[0014] FIG. 2 shows a lateral view of the same pistol with a magazine with said extension;

[0015] FIG. 3 is a perspective of said magazine inserted in said extension and a detail of the fitting between said magazine and said extension;

[0016] FIG. 4 is an exploded perspective view of said extension, its two components and the end of magazine; and

[0017] FIG. 5 shows a posterior perspective view of said magazine inserted in the secondary body 7 of said extension.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

[0018] As shown in FIGS. 1 and 2, said extension 2 is fitted to the lower portion of a conventional magazine 1 and, as shown in FIG. 3, is comprised of a main body 2 comprised of secondary bodies 7 and 12 (FIG. 4) that slidingly fit to each other and said main body 2 fitting by means of guides 9 of secondary body 7 to said magazine 1. Such guides have a simple, sliding inner fitting to the lateral ribs 4 projecting outside perpendicularly to the main axis of magazine 1 (FIG. 5).

[0019] The main body 2 has a substantially parallelepiped shape, with a cavity 10 housing the cartridges that said extension adds to the total capacity of magazine 1 and also constituting a support for the inner spring 3 and open on the upper portion thereof, having on the front wall 6 thereof an anatomic recess 5 that allows a better finger support.

[0020] Said main body **2** is composed of two secondary bodies or elements **7** and **12**, said secondary body **7** being shaped comprised of lateral walls **8** possessing slide guides **9** for fitting to the lower portion of said magazine **1** and possessing on the front portion thereof said front wall **6** having the outer portion provided with an anatomical concave shape **5** for fitting of the user's finger and with the rear portion thereof provided with male guides **11** which slidingly fit to the secondary body **12** completing the main body **2**.

[0021] The secondary body **12** is in turn comprised of a lower body having a substantially plain face with female guides **13** for fitting of the male guides **11** of the secondary body **7**, for the formation of said main body **2**. Said secondary body **12** is provided with an elastic, integrated tongue **14** to allow the attachment thereof to said magazine **1**, said tongue **14** being provided with a projection **15** that allows the locking of said secondary body to the magazine **1** by means of an opening or gap on the lower portion of said magazine **1**, for integral attachment thereto.

[0022] For assembly of said main body **2**, initially the secondary body **7** is attached to the magazine **1**. This done by means of its guides **9** sliding through projections or guides **4** on the lower portion of said magazine **1**. The secondary body **12** is then overlapped to the secondary body **7** and slides down by means of its guides **13** through this guides **11** of the secondary body **7** and at the end of the fitting, said tongue **14** locks the assembly to the lower portion of said magazine **1**, by means of its projection **15**.

[0023] For disassembly of said extension, it is necessary to make the opposite movement, pressing said tongue **14** by means of a metallic stem, for example, a screwdriver, so that the projection **15** moves out of the lower portion of said magazine **1**, allowing the disassembly of the set by sliding of the secondary body **10** over the secondary body **5** and the sliding thereof out of said magazine **1**.

[0024] It is to be understood that the invention is not limited to the illustrations described and shown herein, which are deemed to be merely illustrative of the best modes of carrying out the invention, and which are susceptible of modification of form, size, arrangement of parts and details of operation. The invention rather is intended to encompass all such modifications which are within its spirit and scope as defined by the claims.

What is claimed is:

1. Extension of automatic pistol magazines in order to increase capacity, which comprises:

   an extension for the lower portion of said magazine, which extension closes the magazine and also supports an inner spring;

   the extension being coupled to said magazine by an internal slide fitting with lateral ribs of said magazine;

   the extension having a shape of a box defined by two secondary bodies;

   the first secondary body is formed by a front wall and lateral walls, and is open on the upper face thereof, where said lateral walls are provided with inner slide channels, one on each side of said secondary body and adjacent the upper edge of said lateral walls;

   wherein a rear open portion of the first secondary body is closed by a second secondary body sliding vertically on external rails of the rear edge of said lateral walls in a male-female fitting with inner slide channels provided in front of said second secondary body;

   the second secondary body being locked in the closed operating position by means of an elastic tongue, said elastic tongue having at least one tooth that penetrates in said magazine, fitting to the lower edge of said magazine.

2. Extension according to claim 1, wherein the front wall of the first secondary body has an anatomical concavity with a recess therein for support of the finger of an individual.

3. Extension according to claim 1, wherein said at least one tooth penetrate a groove in the bottom of said magazine.

4. Extension according to claim 1, wherein said at least one tooth penetrates in a lower gap of said magazine.

\* \* \* \* \*