# APPENDIX 2 to PLAINTIFFS' FINAL INVALIDITY CONTENTIONS

**U.S. Patent Application Publication 2002/029506 (Filed Nov. 16, 2001, Published Mar. 14, 2002)**

| Language from Patent-In-Suit | Disclosure in Reference |
|---|---|
| 1. A grip extender in combination with a handgun, comprising: | ¶[0002]: "The present invention relates to a new model of extensions for automatic pistol magazines."<br><br>¶[0008]: "The complement in question . . . also allows . . . increasing the total extension of the handle of said automatic pistols, by incorporation thereof to the total grip of the pistol, increasing the total grasping area of the pistol in the user's hand and allowing a better accommodation of the fingers on the pistol handle . . ." |
| a handgun using a variety of different model magazines, | ¶[0001]: "As is known in the state of the art, the small-size automatic pistols are provided with means for the storage of cartridges in the body of clip loaders or magazines, . . . having a given number of stored cartridges."<br><br>¶[0004]: "It is an object of the present model to provide a complement or extension for automatic pistol magazines, in order to increase the capacity of said magazines in a practical and quick manner . . ." |
| a grip extender with symmetrical interior side walls, | As shown in Figure 4 of the reference, the side walls are symmetrical to one another: |

| | |
|---|---|
| | To the extent the figure is deemed not to show symmetrical interior side walls, the reference discloses that the invention is "susceptible of form . . . arrangement of parts and details of operation." *See* ¶[0024]. |
| an exterior front wall configured to a user's grip, | ¶[0008]: "The complement in question . . . also allows . . . increasing the total extension of the handle of said automatic pistols, by incorporation thereof to the total grip of the pistol, increasing the total grasping area of the pistol in the user's hand and allowing a better accommodation of the fingers on the pistol handle, since said extension is provided with a recess on the front portion thereof, facilitating the support of the user's finger on said recess." <br><br> ¶[0020]: ". . .said secondary body 7 . . . possessing on the front portion thereof said front wall 6 having the outer portion provided with an anatomical concave shape 5 for fitting of the user's finger" |
| and a rear wall, | ¶[0020]: ". . .said secondary body 7 . . . with the rear portion thereof . . ." |
| for use with the handgun magazine to fill a gap between the magazine and the handgun, | ¶[0008]: "The complement in question . . . also allows a better closing of the lower portion of said magazine, replacing the original closure, thereby providing a better finish for said magazine . . ." |
| with said magazine having an open top for loading ammunition cartridges | Figure 3 of the reference shows that the magazine has an open top for loading ammunition cartridges: |

| | |
|---|---|
| and a closed bottom for containing said ammunition cartridges, said closed bottom ending in a floor plate, of determinable thickness, with a lower surface and an upper surface, with said floor plate also having a peripheral surface larger than a peripheral surface of a corresponding body of the magazine, | The reference mentions that it is "replacing the original closure" at the bottom of the magazine. *See* ¶[0008]. However, it would be known to a person of ordinary skill in the art that, if it wished to utilize the Wollman invention solely as a grip extender (a purpose among the purposes of the invention contemplated by the inventor), the "closed bottom" would be "original closure" of the "conventional magazine 1" (¶[0018]), i.e., "a floor plate, of determinable thickness, with a lower surface and an upper surface, with a floor plate also having a peripheral surface larger than a peripheral surface of a corresponding body of the magazine." |
| said grip extender further comprising: | |
| a) a one-piece collar slideably mounted from the open top of said magazine and subsequently seated at the closed bottom of said magazine thereby substantially filling any gap resulting from a length of the magazine protruding from a handgun when said magazine is engaged into said handgun, | As noted in Figure 4, the reference's invention concerns a collar. Although the reference describes a preferred embodiment in which the main body of the collar is composed of two pieces, slideably mounted from the side, as noted in the reference, the invention is "susceptible of modification to form, . . . and details of operation," and is "intended to encompass all such modifications." ¶[00024]. A person of ordinary skill in the art, therefore, could contemplate a variant of the invention involving a one-piece collar slideably mounted from the open top of said magazine."<br><br>As shown in Figure 4, the collar is "seated at the closed bottom of said magazine." A person of ordinary skill in the art would inherently know that, upon preparing collar-shaped grip extender received about the base plate of a magazine, it would naturally "substantially fill[] any gap resulting from a length of the magazine protruding from a handgun when said magazine is engaged into said handgun." |

| | | |
|---|---|---|
| | said collar having a size and shape sufficient to elastically receive and grip the magazine and magazine floor plate thereby securely retaining the collar | As shown in Figure 3, a collar-shaped extender of the type contemplated by the reference would have "a size and shape sufficient to elastically receive and grip the magazine and magazine floor plate thereby securely retaining the collar." |
| | | Furthermore, the reference describes "using injected materials . . . to provide a complement of easy fitting and assembly," ¶[0007], and being "made of easily moldable material," ¶[0011]. |
| | and having at least one pair of opposed tangs oriented inward from the interior side walls of the collar; and | The reference describes the extension being "fitted to the lower end of said automatic pistol magazines by means of sets of guides and tongues, allowing a simple and efficient fitting." ¶[0011]. The extension is also described as "fitting by means of guides 9 . . . to said magazine 1. Such guides have a simple, sliding inner fitting to the lateral ribs 4 projecting outside perpendicularly to the main axis of magazine 1." ¶[0018].  Also, see Figure 5: |
| b) | further comprising at least one pair of opposed ribs, said ribs oriented inward from the interior side walls of the collar, | |
| | with a bottom shoulder of said ribs distanced above the tangs, said distance approximately equal the determinable thickness of the magazine floor plate; and | |
| c) | when sliding the grip extender into its final position on the magazine, a step of the said tangs engages the lower surface of the floor plate and captures the corresponding | *See* Figure 5, showing fixation of a magazine flange between a rib and a tang. |

| | |
|---|---|
| upper surface of floor plate against said the bottom shoulders of the opposed ribs. | |

| Language from Patent-In-Suit | Disclosure in Reference |
|---|---|
| 4. The grip extender claim 1 further comprising a lower surface depending below the magazine floor plate thereby protecting said magazine from impacts with surfaces when the magazine is released from a handgun during reloading. | See above (regarding claim 1), and see also Figure 5, which – in an embodiment of the invention used as a grip extender – demonstrates at the bottom of Figure 5 "a lower surface depending below the magazine floor plate thereby protecting said magazine from impacts with surfaces when the magazine is released from a handgun during reloading." |

4831-4300-8565.1