UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Sig Sauer, Inc.; Check-Mate
Industries, Inc.; Check-Mate
International Products, Inc.;
Nordon, Inc.; and Thomas
Pierce d/b/a Pierce Designs,
    Plaintiffs

    v.                                     Case No. 14-cv-461-SM
                                            Opinion No. 2017 DNH 190

Freed Designs, Inc.,
    Defendant


**O R D E R**

Defendant's motion to strike the declaration of J.B. Wood (document no. 89) is denied, but without prejudice to interposing an appropriate objection at trial.

Federal Rule of Evidence 702 permits both opinion and useful non-opinion testimony based upon specialized knowledge, skill, experience, training or education.  The record discloses that Mr. Wood is particularly well-qualified to provide both opinion and useful non-opinion evidence in the pertinent field of gunsmithing and firearms design and function based upon his specialized knowledge, extended training, extensive experience, skill, and education.  It also seems self-evident that Mr. Wood

1

is a person of at least ordinary skill in the arts pertinent to understanding the patent-in-suit.

## Conclusion

The motion to strike declaration (document no. 89) is denied, but without prejudice to interposing an appropriate objection at trial.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

September 14, 2017

cc: Laura L. Carroll, Esq.
    Zachary R. Gates, Esq.
    Neal E. Friedman, Esq.
    Michael J. Bujold, Esq.